

# Filed 3/14/2014

# 12 CR 416
# USA v. Estell
# Judge Feinerman
# Government's
# Sentencing Exhibits
# 1-4

F I L E D

MAR 1 4 2014

Judge Gary Feinerman
United States District Court

IN CUSTODY

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
## CENTRAL DIVISION

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

CHARLES ESTELL,
*dob 07/17/74, Booking No. 081788871A,*
*aka CHARLES BELL ESTELL;*

Defendant

CT No.  CD216721
DA No.  ACJ499

COMPLAINT-FELONY

INFORMATION

Date: _10-29-08_ _74_

## PC296 DNA TEST STATUS SUMMARY

| Defendant | DNA Testing Requirements |
|---|---|
| ESTELL, CHARLES | DNA sample required upon conviction |

## CHARGE SUMMARY

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|---|---|---|---|---|---|
| 1 | HS11360(a) ESTELL, CHARLES | Felony | 2-3-4 | | |
| 2 | HS11359 ESTELL, CHARLES | Felony | 16-2-3 | | |

PC1054.3          INFORMAL REQUEST FOR DISCOVERY

The undersigned, certifying upon information and belief, complains that in the County of San Diego, State of California, the Defendant(s) did commit the following crime(s):



GOVERNMENT
EXHIBIT
Sentencing
#1

# CHARGES

## COUNT 1 - TRANSPORTATION OF MORE THAN 28.5 GRAMS OF MARIJUANA

On or about October 14, 2008, CHARLES ESTELL did unlawfully transport, offer, and attempt to transport more than 28.5 grams of marijuana, in violation of HEALTH AND SAFETY CODE SECTION 11360(a).

## COUNT 2 - POSSESSION OF MARIJUANA FOR SALE

On or about October 14, 2008, CHARLES ESTELL did unlawfully possess marijuana for sale, in violation of HEALTH AND SAFETY CODE SECTION 11359.

---

NOTICE: Any defendant named on this complaint who is on criminal probation in San Diego County is, by receiving this complaint, on notice that the evidence presented to the court at the preliminary hearing on this complaint is presented for a dual purpose: the People are seeking a holding order on the charges pursuant to Penal Code Section 872 and simultaneously, the People are seeking a revocation of the defendant's probation, on any and all such probation grants, utilizing the same evidence, at the preliminary hearing. Defenses to either or both procedures should be considered and presented as appropriate at the preliminary hearing.

Pursuant to PENAL CODE SECTION 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by PENAL CODE SECTION 1054.3.

The People reserve the right to amend the accusatory pleading to further allege any and all facts in aggravation in light of Cunningham v. California (2007).

Sheriff's records indicate that as of the booking date one or more defendants have not yet provided a DNA sample to the DOJ database. Pursuant to Penal Code Section 296(e), the court shall order collection of DNA from the defendant(s) if advised by the prosecuting attorney that a sample is required but has not been provided by the defendant. Pursuant to Penal Code sections 296/296.1, if not already required from a past conviction, any defendants who have not done so will be required to provide a sample upon conviction of this felony offense.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER CD216721, CONSISTS OF 2 COUNTS.

Executed at San Diego, County of San Diego, State of California, on October 16, 2008.

_____
COMPLAINANT

---

INFORMATION

BONNIE M. DUMANIS
District Attorney
County of San Diego
State of California
by:

_____
6/29/08
Date

_____
Deputy District Attorney

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☐ CENTRAL ☐ NORTH ☐ EAST ☐ SOUTH

DA _____
DATE _____ AT _____ M.

PRESENT: HON. _David J. Danielsen_ JUDGE PRESIDING DEPARTMENT _31_

CLERK _____ REPORTER _Not Reported_ CSR# _____

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA _____ N/P
VS. _____ DEPUTY DISTRICT ATTORNEY

_Charles Estell_ _____ N/P

DEFENDANT _____ ATTORNEY FOR DEFENDANT (PD / APD / MCO / PCC / RETAINED)

VIOLATION OF _HS 11359_ P.O. _____
ENH(S) _____ INTERP. _____ OATH ON FILE / SWN.
PRIOR(S) _____ LANGUAGE _____

**PREV**

DEFENDANT ☐ PRESENT ☒ NOT PRESENT ☐ NOT PRODUCED
☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS / DENIES A VIOLATION OF PROBATION _____ WAIVES HEARING.
PROBATION IS / REMAINS: FORMALLY / SUMMARILY ☐ REVKD ☐ REINST ☒ MODIFIED ☒ CONT ☒ ST&C ☐ TERMD. ☐ EXT. TO: _____

**JUDGMENT**

☐ WAIVES ARRAIGNMENT. ☐ ARRAIGNED FOR JUDGMENT. ☐ IMPOSITION / EXECUTION OF SENTENCE IS SUSPENDED.
☐ PROBATION IS: ☐ DENIED ☐ GRANTED_____ YEARS (FORMAL / SUMMARY) TO EXPIRE _____ ☐ CONVERTS TO SUMM. PROB. _____
☐ COMMITMENT TO SHERIFF FOR _____ DAYS. STAYED TO _____ / PNDG. SUCC. COMPL. OF PROB. PAROLE NOT TO BE GRANTED.
☐ PERFORM _____ ☐ DAYS PSP. ☐ HOURS WL. WORK AT NONPROFIT ORG. SUBMIT PROOF TO PROBATION / COURT BY _____
☐ 4TH AMENDMENT WAIVER: IMPOSED. / REMAINS IN EFFECT. / DELETED. ☐ PROTECTIVE ORDER: ISSUED. / REMAINS IN EFFECT. / MODIFIED. / DELETED.
☐ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER. WORK FURLOUGH, REPORT: _____ TO 551 S. 35TH ST., SAN DIEGO AT 8:00 A.M.
☐ DEFT. IS COMMITTED TO THE DEPT. OF CORRECTIONS & REHABILITATION ☐ PER PC 1170(d). ☐ DIVISION OF JUVENILE JUSTICE ☐ PER WI 1737
☐ FOR _____ LOWER / MIDDLE / UPPER / INDETERMINATE TERM OF _____ YEARS / MONTHS / TO LIFE
ON COUNT _____ CODE & NO. _____ ☐ PRINCIPAL COUNT. ☐ STIPULATED SENTENCE
☐ DEFENDANT SENTENCED PER PC 667(b)-(i)/1170.12. ☐ NOTICE OF FIREARMS PROHIBITION GIVEN PER PC 12021.
☐ NO VISITATION PER PC 1202.05. VICTIM IS UNDER 18 YRS. OF AGE. DA TO COMPLY WITH NOTICES.
☐ DEFT. ADVISED RE: PAROLE / APPEAL RIGHTS. ☐ DEFT. TO REGISTER PER ☐ PC 290 ☐ HS 11590 ☐ PC 457.1 ☐ PC 186.30
☐ TESTING: ☐ COMPLIANCE WITH PC 296 VERIFIED. ☐ DNA PER PC 296. ☐ HIV PER PC 1202.1.
☐ DEFENDANT TO PAY: FINE OF $_____ INCLUDING PENANTY ASSESSMENT. ☐ $_____ LAB FEE PER HS 11372.5(a) AND $_____ DRUG
PROGRAM FEE PER HS 11372.7(a) FOR EACH QUALIFYING OFFENSE. ☐ COURT SECURITY FEE OF $_____ ☐ BOOKING FEES. ☐ PROBATION COSTS.
REST. FINES: ☐ $_____ PER PC1202.4(b). ☐ F/W PER PC2085.5. ☐ $_____ PER PC1202.44 / PC1202.45 SUSP. UNLESS PROB. / PAROLE REVKD.
☐ PROBATION HAVING BEEN FORMALLY REVOKED, THE PREVIOUS RESTITUTION FINE OF $_____, SUSPENDED PER PC 1202.44, IS NOW DUE.
☐ **RESTITUTION TO VICTIM(S)** PER P.O.'S REPORT / REST. FUND PER PC 1202.4(f) OF $_____ / IN AN AMT. TO BE DETERMINED. ☐ JOINT & SEVERAL.
☐ COURT-APPT. ATTORNEY FEES OF $_____ ☐ AT COMBINED RATE OF $_____ PER MONTH TO START 60 DAYS AFTER RELEASE / ON _____
☐ DEFT. TO REPORT TO ☐ PROBATION ☐ REVENUE & RECOVERY ☐ COURT COLLECTIONS ☐ FORTHWITH. ☐ WITHIN 72 HOURS OF RELEASE FROM CUSTODY.

**CUST STAT**

☒ DEFENDANT REMANDED TO CUSTODY OF SHERIFF ☒ WITHOUT BAIL. ☐ WITH BAIL SET AT $_____
☐ MAY BE RELEASED TO REP. OF PD / PROB./APPROVED RES. TREATMENT PROG. ☐ STAY / SERVE BAL. OF CUST. ☐ WHEN BED AVAIL. ☐ AFTER _____ CUST.
☐ DEFENDANT ORDERED RELEASED FROM CUSTODY ☐ ON PROBATION. ☐ ON OWN / SUPERVISED RECOGNIZANCE. ☐ ON DEJ. ☐ THIS CASE ONLY.
☐ DEFENDANT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $_____ ☐ ON PROBATION. ☐ ON DEJ. ☐ ON OWN / SUPERVISED RECOGNIZANCE.

**FUT HRGS**

☐ DEFENDANT: ☐ WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT. ☐ IS REFERRED FOR DIAGNOSTIC EVALUATION PER PC 1203.03. / WI 707.2.
_____ CONTINUED TO / SET FOR _____ AT _____ IN DEPT. _____ ON MOTION
OF COURT / DDA / DEFENDANT / PROBATION OFFICER. REASON: _____
☐ TO BE HEARD CONCURRENTLY WITH PRELIMINARY HEARING IN CASE _____ ☐ TO TRIAL CASE

**BONDS WNTS**

☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____ ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____
☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
☐ DECL. OF NON-COLLUSION & RE-ASSUMPTION OF LIABILITY FILED. ☐ BAIL FORF. IS SET ASIDE. ☐ BAIL IS ☐ REINSTATED. ☐ EXONERATED. ☐ FORF
☐ UPON PAYMENT OF COURT COST $_____ WITHIN 30 DAYS. COST WAIVED. BOND AMT $_____ BOND NO. _____
BOND COMPANY _____ AGENT _____

**MH**

☐ PROCEEDINGS SUSPENDED ☐ PER **PC 1368**, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
☐ PER WI 3051, ADDICTION OR DANGER OF ADDICTION. SERVICE OF PETITION: _____

**OTHER**

☐ ALL PROPERTY IMPOUNDED, SEIZED, OR HELD IN CUSTODY IN THIS CASE TO BE DISPOSED OF PER POSSESSING AGENCY'S POLICY.
☐ PROBATION: PREPARE SUPP. REPT. / SUBMIT POST-SENT. REPT. TO CDCR PER PC1203c. CLERK: ☐ REGISTRAR OF VOTERS. ☐ DMV ABSTRACT B.A.C. _____
☐ SEE ATTACHED MINUTES FOR ADDITIONAL ORDERS. ☐ CONCURRENT WITH / CONSECUTIVE TO _____

_The Court has received an ExParte request from the Probation officer requesting all fees & fines be waived in light of the defendant's incarceration in his state of residence. The Court so orders all fees & fines waived._

Distribution by _____ on _____ to JAIL, DEFT, ATTY, PROS, PROB, R&R, Other: _____

SDSC CRM-2B(Rev. 1-07) CRIMINAL MINUTES - PRONOUNCEMENT OF JUDGMENT

GOVERNMENT EXHIBIT Sentencing #9

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CASE <u>SCD216721</u> DA <u>ACJ49901</u> BKG

DATE <u>01-09-09</u> AT <u>1:30 p.m.</u> IN DEPARTMENT <u>31</u>

JUDGE: <u>HON. DAVID J. DANIELSEN</u>

REPORTER: <u>LINDA UHURU, CSR # 12768</u>
REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

CLERK: <u>ELAINE SABLAN</u>

<u>MC REYNOLDS, STACEY</u>, Deputy District Attorney
COUNSEL FOR THE PEOPLE

<u>THE PEOPLE OF THE STATE OF CALIFORNIA</u>,
PLAINTIFF,

vs.

<u>TANDON, DANESH</u>, Deputy Public Defender
COUNSEL FOR THE DEFENDANT

<u>CHARLES ESTELL</u>,
DEFENDANT.

PROBATION OFFICER: <u>SUSAN GONZALES</u>

## VIOLATIONS

Ct(s): Ct. 2 HS11359

## PROBATION HRG-SENTENCING

The defendant is present.

The defendant waives arraignment for judgment. The imposition of sentence is suspended.

The defendant is granted <u>probation</u> to the court for a period of <u>3 years.</u> Probation will expire <u>01-08-12</u>.

The defendant is <u>committed to the custody of the Sheriff</u> for <u>132 days.</u> The defendant is given credit for time served of <u>88 actual days</u>, plus <u>44 days of PC 4019 credits</u>, for a total of <u>132 days.</u>

The defendant is ordered to pay a fine of <u>$680, plus penalty</u> *including* assessments. The defendant is ordered to pay a restitution fine in the amount of <u>$200</u> pursuant to PC 1202.4(b).

Monies are to be paid to the Probation Department through Revenue and Recovery at a combined rate of <u>$35</u> per month. Payments are to begin 60 days after release from custody *in Illinois*

The defendant is also ordered to pay: probation costs as shown in the Probation Order, court-appointed attorney fees in the amount of <u>$570</u>. The defendant is referred to the Department of Revenue and Recovery to set up a payment account.

The defendant waives Fourth Amendment protection as to the following: person, property, place of residence, vehicle, personal effects. The Fourth Amendment Waiver expires 01-08-12.

The defendant is ordered to register pursuant to HS 11590. Testing is ordered pursuant to PC 296 Further conditions are set forth in the Probation Order.

## CUSTODY STATUS

The defendant is <u>ordered released from custody on probation.</u> The release order applies to this case only.

## OTHER

THIS IS A FELONY PROBATION TO THE COURT WITHOUT THE SUPERVISION OF THE PROBATION OFFICER.

THE DEFENDANT IS TO PAY A $20 COURT SECURITY FEE PER PC1465.8.
THE DEFENDANT IS TO PAY A $200 PROBATION REVOCATION RESTITUTION FINE PER PC1202.44 TO BE SUSPENDED AND REMAIN SO UNLESS PROBATION IS REVOKED.

THE DEFENDANT'S FELONY CONVICTION TO BE REPORTED TO THE REGISTRAR OF VOTERS.

THE PC12021 FIREARMS ADVISAL IS GIVEN TO THE DEFENDANT.

Page: 1 of 1

ORIGINAL

*David J. Danielsen*
Judge of the Superior Cour

SUPERIOR COUR OF CALIFORNIA, COUNTY OF SAN IEGO

CASE <u>SCD216721</u>  DA <u>ACJ49901</u>  BKG

DATE <u>12-10-08</u>  AT <u>8:30 a.m.</u>  IN DEPARTMENT <u>31</u>

JUDGE: <u>HON. DAVID J. DANIELSEN</u>

CLERK: <u>ELAINE SABLAN</u>

REPORTER: <u>STEPHANIE BRYANT, CSR # 13160</u>
REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

<u>FURNARI, ELIZABETH</u>, Deputy District Attorney
COUNSEL FOR THE PEOPLE

THE PEOPLE OF THE STATE OF CALIFORNIA,
                                        PLAINTIFF,
            vs.

CHARLES ESTELL,
                                        DEFENDANT.

<u>TANDON, DANESH</u>, Deputy Public Defender
COUNSEL FOR THE DEFENDANT

## VIOLATIONS

Ct(s):    Ct. 1 HS11360(a); Ct. 2 HS11359

## READINESS CONFERENCE

The defendant is present.

The defendant informs the Court of an intent to change the plea. The defendant is advised of constitutional rights and waives those rights. The defendant is sworn and examined. The defendant withdraws the previously entered plea of not guilty. The defendant enters a plea of <u>guilty</u> to the following charge(s):

Count  2          HS11359

The defendant tenders a <u>Harvey</u> waiver.

The Court grants the People's motion to <u>dismiss remaining counts,</u> if any, and to <u>strike remaining allegations,</u> if any, in the furtherance of justice and in view of the plea.

## CUSTODY STATUS

The defendant is <u>remanded to the custody of the Sheriff with bail set at $50,000.</u>

## FUTURE HEARINGS

<u>Trial Call</u> on <u>12-18-08 at 9:00 a.m. in Department 11</u> is vacated.

<u>Probation Hrg-sentencing</u> is set for <u>01-09-09 at 1:30 p.m. in Department 31</u> .

## PROBATION REFERRAL

The Probation Department is ordered to prepare a Presentence Report.

The defendant is referred to the Probation Department at 330 W. Broadway, San Diego.

The defendant was found guilty by a plea. The accusatory pleading was filed on 10-29-08.

## OTHER

CRUZ/BLAKELY WAIVERS.

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/

Page: 1 of 1                          ORIGINAL                          Judge of the Superior Court

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

PEOPLE vs _Charles Estell_      **Defendant**

**PLEA OF GUILTY/NO CONTEST – FELONY**

For Court Use Only
Clerk of the Superior Court

**F I L E D**

DEC 10 2008

By: ELAINE SABLAN Deputy

Court Number: SC D216721

DA Number: ACJ 499

I, the defendant in the above-entitled case, in support of my plea of Guilty/No Contest, **personally declare as follows:**

1. Of those charges now filed against me in this case, I plead _Guilty_ to the following offenses and admit the enhancements, allegations and prior convictions as follows:

| COUNT | CHARGE | ENHANCEMENT/ALLEGATION |
|---|---|---|
| Ct 2 | HS 11359 | |
| | | |
| | | |
| | | |
| PRIORS: (LIST ALLEGATION SECTION, CONVICTION DATE, COUNTY, CASE NUMBER, AND CHARGE) | | |
| | | |
| | | |
| | | |

2. I have not been induced to enter this plea by any promise or representation of any kind, except: *(State any agreement with the District Attorney.)*
   _Felony Probation to the court per court_
   _DA is STC_

3. I am entering my plea freely and voluntarily, without fear or threat to me or anyone closely related to me.

4. I understand that a plea of No Contest is the same as a plea of Guilty for all purposes.

5. I am sober and my judgment is not impaired. I have not consumed any drug, alcohol or narcotic within the past 24 hours.

## CONSTITUTIONAL RIGHTS

6a. I understand that I have the right to be represented by a lawyer at all stages of the proceedings. I can hire my own lawyer or the Court will appoint a lawyer for me if I cannot afford one.

**I understand** that as to all charges, allegations and prior convictions filed against me, and **as to any facts that may be used to increase my sentence, now or in the future, I also have the following constitutional rights, which I now give up to enter my plea of guilty/no contest:**

    6b. I have the right to a **speedy and public trial by jury. I now give up this right.**

    6c. I have the right to **confront and cross-examine all the witnesses** against me. **I now give up this right.**

    6d. I have the right to **remain silent** (unless I choose to testify on my own behalf). **I now give up this right.**

    6e. I have the right to **present evidence in my behalf** and to have the court subpoena my witnesses at no cost to me. **I now give up this right.**

Defendant: Charles Estell     CASE NUMBER: SCD216721

## CONSEQUENCES OF PLEA OF GUILTY OR NO CONTEST

7a. I understand that I may receive this maximum punishment as a result of my plea: _____ 3 _____ years in State Prison, $20,000 fine and 4 years parole (4, 7, 14, life) with return to prison for every parole violation. If I am not sentenced to prison I may receive probation for a period up to 5 years or the maximum prison term, whichever is greater. As conditions of probation I may be given up to a year in jail custody, plus the fine, and any other conditions deemed reasonable by the Court. I understand that if I violate any condition of probation I can be sent to State Prison for the maximum term as stated above.

7b. I understand that I must pay a restitution fine ($200 - $10,000), that I will also be subject to a suspended fine in the same amount, and that I must pay full restitution to all victims.

7c. I understand that my conviction in this case will be a serious/violent felony ("strike") resulting in mandatory denial of probation and substantially increased penalties in any future felony case.

7d. I understand that if I am not a U.S. citizen, this plea of Guilty/No Contest may result in my removal/deportation, exclusion from admission to the U.S. and denial of naturalization. Additionally, if this plea is to an "Aggravated Felony" listed on the back of this form, then I will be deported, excluded from admission to the U.S., and denied naturalization.

7e. I understand that my plea of Guilty or No Contest in this case could result in revocation of my probation or parole in other cases, and consecutive sentences.

7f. My attorney has explained to me that other possible consequences of this plea may be:
(Circle applicable consequences.)

(1) Consecutive sentences
(2) Loss of driving privileges
(3) Commitment to Youth Authority
(4) Lifetime registration as an arson / sex offender
(5) Registration as a narcotic / gang offender
(6) Cannot possess firearms or ammunition
(7) Blood test and saliva sample

(8) Priorable (increased punishment for future offenses)
(9) Prison prior
(10) Mandatory prison
(11) Presumptive prison
(12) Sexually Violent Predator Law
(13) Possible/Mandatory hormone suppression treatment
(14) Reduced conduct credits

a. Violent Felony (No credit or max. 15%)
b. Prior Strike(s) (No credit to max. 20%)
c. Murder on/after 6/3/98 (No credit)
(15) Loss of public assistance
(16) AIDS education program
(17) Other: _____

### OTHER WAIVERS

8. **(Appeal Rights)** I give up my right to appeal the following: 1) denial of my 1538.5 motion, 2) issues related to strike priors (under PC sections 667(b)-(i) and 1170.12), and 3) any sentence stipulated herein.

9. **(Harvey Waiver)** The sentencing judge may consider my prior criminal history and the entire factual background of the case, including any unfiled, dismissed or stricken charges or allegations or cases when granting probation, ordering restitution or imposing sentence.

10. **(Cruz Waiver)** Negotiated Disposition pursuant to PC 1192.5: I understand that if pending sentencing I am arrested for or commit another crime, violate any condition of my release, or willfully fail to appear for my probation interview or my sentencing hearing, the sentence portion of this agreement will be cancelled. I will be sentenced unconditionally, and I will not be allowed to withdraw my guilty/no contest plea(s).

11. **(Arbuckle Waiver)** I give up my right to be sentenced by the judge who accepts this plea.

12. **(Probation Report)** I give up my right to a full probation report before sentencing.

Defendant: Charles Estell    CASE NUMBER: SCD 216721

13. **(Evidence Disposal Waiver)** I give up my interest in all non-biological property/evidence impounded during the investigation of this case except _keys_ and acknowledge that if I listed any property here, I must also file a claim with the impounding agency within 60 days after pronouncement of judgment or my ability to make a claim will expire.

## PLEA

14. I now plead Guilty/No Contest and admit the charges, convictions and allegations described in paragraph #1, above. I admit that on the dates charged, I: *(Describe facts as to each charge and allegation)* ~~~~~~~~~~ possessed a controlled substance for sales to wit marijuana.

15. I declare under penalty of perjury that I have read, understood, and initialed each item above and any attached addendum, and everything on the form and any attached addendum is true and correct.

Dated: _12/10/08_    Defendant's Signature _Charles Estell_

Defendant's Address: _11940 S. Union_
_____ Street
_Chicago_    _IL_    _60628_
City    State    Zip

Telephone Number: _(773)_

Defendant's Right Thumb Print

## ATTORNEY'S STATEMENT

I, the attorney for the defendant in the above-entitled case, personally read and explained to the defendant the entire contents of this plea form and any addendum thereto. I discussed all charges and possible defenses with the defendant, and the consequences of this plea, including any immigration consequences. I personally observed the defendant fill in and initial each item, or read and initial each item to acknowledge his/her understanding and waivers. I observed the defendant date and sign this form and any addendum. I concur in the defendant's plea and waiver of constitutional rights.

Dated: _12/10/08_    _Danesh L. Tandon_
(Print Name)    Attorney for Defendant    (Signature)
(Circle one: PD / APD / PCC / RETAINED)

## INTERPRETER'S STATEMENT (If Applicable)

I, the sworn _____ language interpreter in this proceeding, truly translated for the defendant the entire contents of this form and any attached addendum. The defendant indicated understanding of the contents of this form and any addendum and then initialed and signed the form and any addendum.

Dated: _____
(Print Name)    Court Interpreter    (Signature)

## PROSECUTOR'S STATEMENT

The People of the State of California, plaintiff, by its attorney, the District Attorney for the County of San Diego, concurs with the defendant's plea of Guilty/No Contest as set forth above.

Dated: _12/10/08_    _Elizabeth Furnari_    _Elizabeth Fu_
(Print Name)    Deputy District Attorney    (Signature)

## COURT'S FINDING AND ORDER

The Court, having questioned the defendant and defendant's attorney concerning the defendant's plea of Guilty/No Contest and admissions of the prior convictions and allegations, if any, finds that: The defendant understands and voluntarily and intelligently waives his/her constitutional rights; the defendant's plea and admissions are freely and voluntarily made; the defendant understands the nature of the charges and the consequences of the plea and admissions; and there is a factual basis for same. The Court accepts the defendant's plea and admissions, and the defendant is convicted thereby.

Dated: _12/10/08_    _Navid J. Nam_
Judge of the Superior Court

SDSC CRM-12(Rev. 12-07)    **PLEA OF GUILTY/NO CONTEST - FELONY**    Page 3 of 4

Defendant ___Charles Estell___

Case No: ___SCD216721___

F I L E D
Clerk of the Superior Court

DEC 1 0 2008

By: ELAINE SABLAN, Deputy

# BLAKELY WAIVER

I understand I have the right to a jury or court trial, the right to confront and cross-examine witnesses, the right to subpoena witnesses, the right to present evidence, and the right to testify or remain silent, as to any sentencing factors that may be used to increase my sentence on any count or allegation to the upper or maximum terms provided by law.

I now give up these rights and agree to allow the determination as to the existence of any fact in aggravation to be made by the sentencing judge in accordance with existing California statutes and Rules of Court. I also agree this waiver shall apply to any future sentence that may be imposed in the event my probation is revoked.

Dated: 12/10/08     Defendant: _____

Dated: 12/10/08     Attorney: _____

Dated: _____     Court Interpreter: _____

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS         Page 001

PEOPLE OF THE STATE OF ILLINOIS

VS                     NUMBER 07600434901

CHARLES     B ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint
with the Clerk of the Circuit Court.

Charging the above named defendant with:

    420-2/18                        F        VEHICULAR HIJACKING
The following disposition(s) was/were rendered before the Honorable Judge(s):

04/16/07 WARRANT SENT TO POLICE AGENCY
04/14/07 WARR ORD, WARR ISSUED                                    $1000000
        CONDON, THOMAS J
04/14/07 BAIL AMOUNT SET                                          $1000000
        CONDON, THOMAS J
04/17/07 DEFENDANT IN CUSTODY
        CONDON, THOMAS J
04/17/07 WARR RETURNED, EXECUTED, FILED
        CONDON, THOMAS J
04/17/07 BOND TO STAND
        CONDON, THOMAS J
04/17/07 MOTION STATE - CONTINUANCE -MS         04/18/07 0670
        CONDON, THOMAS J
04/17/07 RECALL/EXEC SENT TO POLICE AGY
04/18/07 DEFENDANT IN CUSTODY
        CONDON, THOMAS J
04/18/07 PROBABLE CAUSE TO DETAIN
        CONDON, THOMAS J
04/18/07 BAIL AMOUNT SET                                          $ 500000
        COMP BOND
        CONDON, THOMAS J
04/18/07 MOTION DEFT - CONTINUANCE - MD         04/23/07 0670
        CONDON, THOMAS J
05/02/07 CONTINUANCE BY ORDER OF COURT          05/04/07 0670
        CLIFFORD ROBERT JEFFERY
05/04/07 DEFENDANT IN CUSTODY
        CONDON, THOMAS J
05/04/07 BOND JUDGMENT VACATED
        CONDON, THOMAS J

GOVERNMENT
EXHIBIT
sentencing
#5
(Estell)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 002

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 07600434901

CHARLES    B ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court.
05/04/07 BAIL AMOUNT SET                                              $ 400000
        COMP BOND
        CONDON, THOMAS J
05/04/07 MOTION STATE - CONTINUANCE -MS          05/09/07 0670
        CONDON, THOMAS J
05/09/07 TRANSFERRED                             05/29/07 0600
        CONDON, THOMAS J
05/29/07 SUPERSEDED BY DIRECT INDTMENT     CALL                    07C
              10 YRS   21 MTH    1 DYS
        PANICHI, THOMAS P.

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 06/12/12

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 07CR1021001

CHARLES          ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

| | | | |
|---|---|---|---|
| 720-5/10-2(a)(3) | F | X | AGG KIDNAPING/INFLICT HARM |
| 720-5/10-2(a)(3) | F | X | AGG KIDNAPING/INFLICT HARM |
| 720-5/18-3(a) | F | 1 | VEHICULAR HIJACKING |
| 720-5/10-1(a)(1) | F | 2 | KIDNAPING/SECRETLY CONFINE |
| 720-5/10-1(a)(2) | F | 2 | KIDNAPING/FORCE OR THREAT |

The following disposition(s) was/were rendered before the Honorable Judge(s):

05/17/07 IND/INFO-CLK OFFICE-PRES JUDGE          05/29/07 1701
05/29/07 TRANSFERRED TO SUBURBAN DIST            05/29/07 0600
         BIEBEL, PAUL JR.
05/29/07 CASE ASSIGNED                           05/29/07 0671
         PANICHI, THOMAS P.
05/29/07 DEFENDANT ON BOND                       00/00/00
         PANICHI, THOMAS P.
05/29/07 DEFENDANT ARRAIGNED                     00/00/00
         PANICHI, THOMAS P.
05/29/07 PLEA OF NOT GUILTY                      00/00/00
         PANICHI, THOMAS P.
05/29/07 ADMONISH AS TO TRIAL IN ABSENT          00/00/00
         PANICHI, THOMAS P.
05/29/07 MOTION FOR DISCOVERY                    00/00/00 F      1
         PANICHI, THOMAS P.
05/29/07 CONTINUANCE BY AGREEMENT                06/18/07 0671
         PANICHI, THOMAS P.
06/18/07 DEFENDANT ON BOND                       00/00/00
         CLIFFORD ROBERT JEFFERY
06/18/07 APPEARANCE FILED                        00/00/00
         CLIFFORD ROBERT JEFFERY
06/18/07 CONTINUANCE BY AGREEMENT                07/16/07 0671
         CLIFFORD ROBERT JEFFERY
07/16/07 DEFENDANT ON BOND                       00/00/00
         CLIFFORD ROBERT JEFFERY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 002

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 07CR1021001

CHARLES          ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
07/16/07 CONTINUANCE BY AGREEMENT                 08/17/07 0671
    CLIFFORD ROBERT JEFFERY
08/17/07 DEFENDANT ON BOND                        00/00/00
    SIMMONS MICHELE M.
08/17/07 CONTINUANCE BY AGREEMENT                 10/09/07 0671
    SIMMONS MICHELE M.
10/09/07 DEFENDANT ON BOND                        00/00/00
    CLIFFORD ROBERT JEFFERY
10/09/07 CONTINUANCE BY AGREEMENT                 11/19/07 0671
    CLIFFORD ROBERT JEFFERY
10/09/07 DISCOVERY ANSWER FILED                   00/00/00 F      1
    CLIFFORD ROBERT JEFFERY
10/09/07 DISCOVERY ANSWER FILED                   00/00/00 F      2
    CLIFFORD ROBERT JEFFERY
11/19/07 DEFENDANT ON BOND                        00/00/00
    CLIFFORD ROBERT JEFFERY
11/19/07 DISCOVERY ANSWER FILED                   00/00/00 F      1
    CLIFFORD ROBERT JEFFERY
11/19/07 CONTINUANCE BY AGREEMENT                 12/12/07 0671
    CLIFFORD ROBERT JEFFERY
12/12/07 BOND FORFEITURE                 B001
    CLIFFORD ROBERT JEFFERY
12/12/07 ENTERED AND CONTINUED
    CLIFFORD ROBERT JEFFERY
12/12/07 CONTINUANCE BY ORDER OF COURT   B001 12/27/07 0671
    CLIFFORD ROBERT JEFFERY
12/27/07 DEFENDANT ON BOND                        00/00/00
    CLIFFORD ROBERT JEFFERY
12/27/07 CONTINUANCE BY AGREEMENT                 01/11/08 0671
    CLIFFORD ROBERT JEFFERY
01/11/08 BOND FORFEITURE                 B001
    CLIFFORD ROBERT JEFFERY
01/11/08 ENTERED AND CONTINUED           B001
    CLIFFORD ROBERT JEFFERY
01/11/08 CONTINUANCE BY ORDER OF COURT            03/12/08 0671
    CLIFFORD ROBERT JEFFERY
03/12/08 WARRANT SENT TO POLICE AGENCY            00/00/00

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 003

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 07CR1021001

CHARLES          ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| | | | |
|---|---|---|---|
| 03/12/08 DEFENDANT NOT IN COURT | | 00/00/00 | |
| CLIFFORD ROBERT JEFFERY | | | |
| 03/12/08 BOND FORFEITURE | B001 | 00/00/00 | |
| CLIFFORD ROBERT JEFFERY | | | |
| 03/12/08 NO BAIL | | 00/00/00 | |
| CLIFFORD ROBERT JEFFERY | | | |
| 03/12/08 CONT FOR JUDMT ON FORFEITURE | | 04/14/08 0671 | |
| CLIFFORD ROBERT JEFFERY | | | |
| 03/12/08 WARR ORD, WARR ISSUED | | 00/00/00 | |
| CLIFFORD ROBERT JEFFERY | | | |
| 03/13/08 RECALL/EXEC SENT TO POLICE AGY | | 00/00/00 | |
| 03/13/08 DEFENDANT IN CUSTODY | | 00/00/00 | |
| CLIFFORD ROBERT JEFFERY | | | |
| 03/13/08 WARR RETURNED, EXECUTED, FILED | | 00/00/00 | |
| CLIFFORD ROBERT JEFFERY | | | |
| 03/13/08 BOND REINSTATED | | 00/00/00 | |
| CLIFFORD ROBERT JEFFERY | | | |
| 03/13/08 DEFENDANT ON BOND | | 00/00/00 | |
| CLIFFORD ROBERT JEFFERY | | | |
| 03/13/08 MOTION TO VACATE BOND FORF. | | 00/00/00 S | 2 |
| CLIFFORD ROBERT JEFFERY | | | |
| 03/13/08 BOND FORFEITURE VACATED | B001 | 00/00/00 | |
| CLIFFORD ROBERT JEFFERY | | | |
| 03/13/08 MOTION DEFT - CONTINUANCE - MD | | 04/14/08 0671 | |
| CLIFFORD ROBERT JEFFERY | | | |
| 04/14/08 DEFENDANT ON BOND | | 00/00/00 | |
| CLIFFORD ROBERT JEFFERY | | | |
| 04/14/08 CHANGE PRIORITY STATUS | R | 00/00/00 | |
| CLIFFORD ROBERT JEFFERY | | | |
| 04/14/08 WITNESSES ORDERED TO APPEAR | | 04/14/08 0671 | |
| CLIFFORD ROBERT JEFFERY | | | |
| 04/14/08 CONTINUANCE BY AGREEMENT | | 06/02/08 0671 | |
| CLIFFORD ROBERT JEFFERY | | | |
| 06/02/08 DISCOVERY ANSWER FILED | | 00/00/00 | 1 |
| CLIFFORD ROBERT JEFFERY | | | |
| 06/02/08 WITNESSES ORDERED TO APPEAR | | 06/02/08 0671 | |
| CLIFFORD ROBERT JEFFERY | | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 004

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 07CR1021001

CHARLES        ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
06/02/08 CONTINUANCE BY AGREEMENT                    07/21/08 0671
        CLIFFORD ROBERT JEFFERY
07/21/08 DEFENDANT ON BOND                           00/00/00
        CLIFFORD ROBERT JEFFERY
07/21/08 WITNESSES ORDERED TO APPEAR                 09/03/08 0671
        CLIFFORD ROBERT JEFFERY
07/21/08 CHANGE PRIORITY STATUS              R       00/00/00
        CLIFFORD ROBERT JEFFERY
07/21/08 CONTINUANCE BY AGREEMENT                    09/03/08 0671
        CLIFFORD ROBERT JEFFERY
09/03/08 DEFENDANT ON BOND                           00/00/00
        CLIFFORD ROBERT JEFFERY
09/03/08 MOTION TO WITHDRAW AS ATTORNEY              00/00/00
        CLIFFORD ROBERT JEFFERY
09/03/08 APPEARANCE FILED                            00/00/00
        CLIFFORD ROBERT JEFFERY
09/03/08 CONTINUANCE BY AGREEMENT                    10/09/08 0671
        CLIFFORD ROBERT JEFFERY
10/09/08 DEFENDANT ON BOND                           00/00/00
        CLIFFORD ROBERT JEFFERY
10/09/08 CONTINUANCE BY AGREEMENT                    12/08/08 0671
        CLIFFORD ROBERT JEFFERY
10/09/08 WITNESSES ORDERED TO APPEAR                 00/00/00
        CLIFFORD ROBERT JEFFERY
10/09/08 CHANGE PRIORITY STATUS              R       00/00/00
        CLIFFORD ROBERT JEFFERY
12/08/08 WARRANT SENT TO POLICE AGENCY               00/00/00
12/08/08 DEFENDANT NOT IN COURT                      00/00/00
        CLIFFORD ROBERT JEFFERY
12/08/08 NO BAIL                                     00/00/00
        CLIFFORD ROBERT JEFFERY
12/08/08 WARR ORD, WARR ISSUED                       00/00/00
        CLIFFORD ROBERT JEFFERY
12/08/08 WARRANT OUTSTANDING                         00/00/00
        CLIFFORD ROBERT JEFFERY
12/10/08 WARR AUDITED - ELEC DOCK
12/10/08 WARR AUDITED - COURT FILE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 005

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 07CR1021001

CHARLES        ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
08/03/09 CASE ADVANCED                              08/03/09 0666
08/03/09 HEARING DATE ASSIGNED                      08/10/09 0671
    MOTION FOR SPEEDY TRIAL FILED
08/10/09 DEFENDANT IN CUSTODY                       00/00/00
    RHODES, JAMES L.
08/10/09 PRISONER DATA SHEET TO ISSUE               00/00/00
    RHODES, JAMES L.
08/10/09 MOTION STATE - CONTINUANCE MS              08/31/09 0671
    RHODES, JAMES L.
08/31/09 CONTINUANCE BY ORDER OF COURT              09/14/09 0671
    PANICI LUCIANO
09/14/09 CONTINUANCE BY ORDER OF COURT              09/18/09 0671
    PANICI LUCIANO
09/18/09 CONTINUANCE BY ORDER OF COURT              09/21/09 0671
    PANICI LUCIANO
09/21/09 CONTINUANCE BY ORDER OF COURT              09/25/09 0671
    PANICI LUCIANO
09/25/09 CONTINUANCE BY ORDER OF COURT              10/28/09 0671
    PANICI LUCIANO
10/28/09 DEFENDANT IN CUSTODY                       00/00/00
    PANICI LUCIANO
10/28/09 PRISONER DATA SHEET TO ISSUE               00/00/00
    PANICI LUCIANO
10/28/09 CONTINUANCE BY AGREEMENT                   10/30/09 0671
    PANICI LUCIANO
10/30/09 DEFENDANT IN CUSTODY                       00/00/00
    PANICI LUCIANO
10/30/09 PRISONER DATA SHEET TO ISSUE               00/00/00
    PANICI LUCIANO
10/30/09 BOND TO STAND                              00/00/00
    PANICI LUCIANO
10/30/09 CONTINUANCE BY AGREEMENT                   11/12/09 0671
    PANICI LUCIANO
11/12/09 DEF SURR EXON BAIL                B001
    PANICI LUCIANO
11/12/09 CASH BOND REFUND TO ATTORNEY      B001
    $500 TO ATTY GOLDBERG, BALANCE TO ATTY TODD URBAN
    PANICI LUCIANO

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 006

PEOPLE OF THE STATE OF ILLINOIS

                        VS                    NUMBER 07CR1021001

CHARLES      ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
11/12/09 CONTINUANCE BY AGREEMENT                  12/04/09 0671
        PANICI LUCIANO
11/18/09 REFUND TO COMPLAINTANT          B001 00/00/00              $  36000
11/18/09 CBR PROCSED FRWD ACCT DEP            00/00/00
        D8206311/0028/11-18-09/36000
12/04/09 DEFENDANT IN CUSTODY                 00/00/00
        PANICI LUCIANO
12/04/09 PRISONER DATA SHEET TO ISSUE         00/00/00
        PANICI LUCIANO
12/04/09 CONTINUANCE BY AGREEMENT             01/20/10 0671
        PANICI LUCIANO
01/20/10 DEFENDANT IN CUSTODY                 00/00/00
        PANICI LUCIANO
01/20/10 PRISONER DATA SHEET TO ISSUE         00/00/00
        PANICI LUCIANO
01/20/10 MOTION DEFT - CONTINUANCE  MD        02/08/10 0671
        PANICI LUCIANO
02/08/10 DEFENDANT IN CUSTODY                 00/00/00
        PANICI LUCIANO
02/08/10 PRISONER DATA SHEET TO ISSUE         00/00/00
        PANICI LUCIANO
02/08/10 CONTINUANCE BY AGREEMENT             02/22/10 0671
        PANICI LUCIANO
02/08/10 CONTINUANCE BY AGREEMENT             02/22/10 0671
        PANICI LUCIANO
02/22/10 DEFENDANT IN CUSTODY                 00/00/00
        PANICI LUCIANO
02/22/10 PRISONER DATA SHEET TO ISSUE         00/00/00
        PANICI LUCIANO
02/22/10 CHANGE PRIORITY STATUS         R     00/00/00
        PANICI LUCIANO
02/22/10 WITNESSES ORDERED TO APPEAR          02/22/10 0671
        PANICI LUCIANO
02/22/10 CONTINUANCE BY AGREEMENT             03/15/10 0671
        PANICI LUCIANO
03/15/10 DEFENDANT IN CUSTODY                 00/00/00
        PANICI LUCIANO

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 007

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 07CR1021001

CHARLES     ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
03/15/10 PRISONER DATA SHEET TO ISSUE           00/00/00
        PANICI LUCIANO
03/15/10 CHANGE PRIORITY STATUS           R     00/00/00
        PANICI LUCIANO
03/15/10 WITNESSES ORDERED TO APPEAR            03/15/10 0671
        PANICI LUCIANO
03/15/10 CONTINUANCE BY AGREEMENT               04/26/10 0671
        PANICI LUCIANO
04/26/10 DEFENDANT IN CUSTODY                   00/00/00
        PANICI LUCIANO
04/26/10 PLEA OF GUILTY                   C003  00/00/00
        PANICI LUCIANO
04/26/10 JURY WAIVED                            00/00/00
        PANICI LUCIANO
04/26/10 FINDING OF GUILTY                C003  00/00/00
        PANICI LUCIANO
04/26/10 JGMT ON FINDING/VERDICT/PLEA           00/00/00 F
        PANICI LUCIANO
04/26/10 CHANGE PRIORITY STATUS           M     00/00/00
        PANICI LUCIANO
04/26/10 NOLLE PROSEQUI                   C001  00/00/00
        PANICI LUCIANO
04/26/10 NOLLE PROSEQUI                   C002  00/00/00
        PANICI LUCIANO
04/26/10 NOLLE PROSEQUI                   C004  00/00/00
        PANICI LUCIANO
04/26/10 NOLLE PROSEQUI                   C005  00/00/00
        PANICI LUCIANO
04/26/10 DEF DEMAND FOR TRIAL                   00/00/00
        PANICI LUCIANO
04/26/10 CREDIT DEFENDANT FOR TIME SERV          00/00/00
              619 DYS
        PANICI LUCIANO
04/26/10 DEF SENTENCED ILLINOIS DOC       C003  00/00/00
        2 YEARS MSR
              66 MTH
        PANICI LUCIANO

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 008

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 07CR1021001

CHARLES          ESTELL

             CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
04/26/10 DEF DEMAND FOR TRIAL                      00/00/00
     PANICI LUCIANO
04/26/10 LET MITTIMUS ISSUE/MITT TO ISS            00/00/00
     PANICI LUCIANO
02/16/12 WARR RETURNED, EXECUTED,FILED             00/00/00
     NUNC PRO TUNC 3-13-08
     DEMACOPOULOS, ANNA HELEN
02/16/12 RECALL/EXEC SENT TO POLICE AGY            00/00/00

                                I hereby certify that the foregoing has
                                been entered of record on the above
                                captioned case.
                                Date 06/12/12

                                _____
                                        DOROTHY BROWN
                                CLERK OF THE CIRCUIT COURT OF COOK COUNTY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 07600435001

CHARLES    B ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint
with the Clerk of the Circuit Court:

Charging the above named defendant with:

  720-5/10-2-A-3                    F        AGGRAVATED KIDNAPPING
The following disposition(s) was/were rendered before the Honorable Judge(s):


04/16/07 WARRANT SENT TO POLICE AGENCY
04/14/07 WARR ORD, WARR ISSUED
        CONDON, THOMAS J
04/14/07 BAIL AMOUNT SET                                        $1000000
        CONDON, THOMAS J
04/17/07 DEFENDANT IN CUSTODY
        CONDON, THOMAS J
04/17/07 WARR RETURNED, EXECUTED, FILED
        CONDON, THOMAS J
04/17/07 BOND TO STAND
        CONDON, THOMAS J
04/17/07 MOTION STATE - CONTINUANCE -MS          04/18/07 0670
        CONDON, THOMAS J
04/17/07 RECALL/EXEC SENT TO POLICE AGY
04/18/07 DEFENDANT IN CUSTODY
        CONDON, THOMAS J
04/18/07 PROBABLE CAUSE TO DETAIN
        CONDON, THOMAS J
04/18/07 BAIL AMOUNT SET                                        $ 500000
        COMP BOND
        CONDON, THOMAS J
04/18/07 MOTION DEFT - CONTINUANCE - MD          04/23/07 0670
        CONDON, THOMAS J
04/18/07 MOTION TO DISMISS CHARGES                        D      2
        CONDON, THOMAS J
04/23/07 DEFENDANT IN CUSTODY
        CONDON, THOMAS J
04/23/07 MOTION STATE - CONTINUANCE -MS          05/02/07 0670
        CONDON, THOMAS J

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 002

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 07600435001

CHARLES   B ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court

05/02/07 CONTINUANCE BY ORDER OF COURT          05/04/07 0670
    CLIFFORD ROBERT JEFFERY
05/04/07 DEFENDANT IN CUSTODY
    CONDON, THOMAS J
05/04/07 BOND JUDGMENT VACATED
    CONDON, THOMAS J
05/04/07 BAIL AMOUNT SET                                        $ 400000
    COMP BOND
    CONDON, THOMAS J
05/04/07 MOTION STATE - CONTINUANCE -MS          05/09/07 0670
    CONDON, THOMAS J
05/09/07 TRANSFERRED                               05/29/07 0600
    CONDON, THOMAS J
05/29/07 SUPERSEDED BY DIRECT INDTMENT     CALL              07C
        10 YRS   21 MTH     1 DYS
    PANICHI, THOMAS P.

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 06/12/12

_____
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

## Chicago Police Department

### Arrest Summary Page

CB No.: [ 017188917 ]   Arrest Date: **13-Mar-2008 10:30**   IR No.: **918314**

### Offender Demographics

| | | |
|---|---|---|
| Name ESTELL, Charles B | Alias | NickName |
| SSN 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 | Driver License No. | State |
| Birth Date 17-JUL-1974 | Age 33 | Birth Place Illinois |
| Sex Male | Race Black | Height 602 | Weight 195 |
| Hair Color Black | Hair Style Short | Eye Color Brown | Complexion Medium Brown |
| Scars/Marks | | |

### Arrest Charges

| No. | Statute | Description | Offense | Charge Class / Type | Inchoate code | Warrant No. | Type | County | Docket No. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 720 ILCS 5.0/10-2-A-3 | Agg Kidnaping-Inflict Harm | 0011389 | X / F | O | | | | |

### Court Charges and Dispositions

No Records Found.

### Mugshot

 

User:**ILFBICGAAW**

**Certification**                                  **(Rev. 5/31/11)  CCCR 0056**

STATE OF ILLINOIS } ss:
COUNTY OF COOK }

Name: Charles Estell

Case Number: 07cr1021001

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, in said County and State, and Keeper of the Records and Seal thereof, do hereby certify the above and foregoing to be a true, perfect and complete copy of a certain Complaint, Indictment, Commitment

in a certain cause filed in said Court, between The People of the State of Illinois, were

_____, Plaintiff and Charles Estell , Defendant.

Witness:  DOROTHY BROWN,
Clerk of the Circuit Court, and the Seal thereof, at Chicago
In said County of Cook, June  29 , 2012

_____
Clerk

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

| Calumet City Police | | 16501 KEDZIE AVE |
|---|---|---|

**06**
_____    _____

(Court Branch)      (Court Date)

MARKHAM IL

0900 HRS  RM

**FELONY COMPLAINT**     Class X

CCCR-N662-100M-11/14/97 (83420157)
(This form replaces CCG-0662 " & " CCMC-216)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois
Plaintiff
-v-

**COMPLAINT FOR PRELIMINARY EXAMINATION**

NO. 07 MC6004350

Charles B Estell
_____
(Defendant)

**CALUMET CITY** Case #05-17624

Det. David Iwaszko #181
_____
(Complainants Name Printed or Typed)

complainant, now appears before

The Circuit Court of Cook County and states that

Charles B Estell     11940 S. Union Ave. Chicago, IL 60628    has, on or about
_____     _____

(defendant)             (address)

5/17/2005    at   823 Williams Ave., Calumet City, IL. 60409
_____         _____

(date)              (place of offense)

committed the offense of        **Aggravated Kidnapping**        in that he

in committing the offense of Kidnapping, in violation of Section 10-1(a)(1) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly and secretly confined Cathie Threat against her will after committing a Vehicular Hijacking against Cathie Threat.

in violation of     720       ILCS       5    /    10-2(a)(3)
                   (Chapter)                   (Act)            (Section)

| | | | | | |
|---|---|---|---|---|---|

CHARGE CODE

_____
(Complainants Signature)

1200 Pulaski Rd. Calumet City, IL  60409 708-868-2500
_____
(Complainants Address)           (Telephone No.)

**STATE OF ILLINOIS** } ss:
**COOK COUNTY**

Det. David Iwaszko #181
_____
(Complainants Name Printed or Typed)

Being first duly sworn, the Complainant on oath, deposes and says that he read the foregoing complaint by him subscribed and that the same is true.

_____
(Complainants Signature)

Subscribed and sworn before me on this _____ day of _____

_____
(Judge, Deputy Clerk or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

**SUMMONS ISSUED**
or

Judge _____

Judge's No.

**WARRANT ISSUED**
or

Bail set at: _____

**BAIL SET AT:**   Must be Set by Judge    Judge _____

Judge's No.

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### ORIGINAL COPY

.G.J. NO. 2861
GENERAL NO. 07 CR- 10210

------------------------------

CIRCUIT COURT OF COOK COUNTY
    COUNTY DEPARTMENT
    CRIMINAL DIVISION
      April, 2007

------------------------------

  The People of the State of
        Illinois
        v.
   Charles Estell

    ******************
    * INDICTMENT FOR *
    ******************

AGG.KIDNAPPING

------------------------------

     A TRUE BILL
     ------------

**COPY**

Foreman of the Grand Jury

=============================
    WITNESSES
DET.IWASZKO

-----------------------------
-----------------------------
-----------------------------
-----------------------------
-----------------------------
-----------------------------
-----------------------------
-----------------------------

=============================
Filed _____, 20
                  , Clerk
Bail $_____
=============================

FILED
2007 MAY 17 AM 9: 19
26TH AND CALIFORNIA
CLERK
DOROTHY BROWN



**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
STATE OF ILLINOIS)
                 )SS.
COUNTY OF COOK    )


The APRIL, 2007 Grand Jury
Circuit Court of Cook County


The Grand Jurors chosen, selected and sworn, in and for the
County of Cook, in the State of Illinois, in the name and by the
authority of the People of the State of Illinois, upon their oaths
present that on or about MAY 17, 2005 and within the County of Cook


CHARLES ESTELL


committed the offense of    AGGRAVATED KIDNAPPING


in that HE KNOWINGLY AND SECRETLY CONFINED VICTIM, CATHIE THREAT

AGAINST HER WILL, AND DEFENDANT INFLICTED GREAT BODILY HARM, OTHER

THAN BY THE DISCHARGE OF A FIREARM, OR COMMITTED ANOTHER FELONY,

UPON VICTIM CATHIE THREATS, TO WIT: VEHICULAR HIJACKING

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 10-2(a)(3)

OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND




Contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

CHARGE ID CODE: 11389
(COUNT 01)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about MAY 17, 2005 and within the County of Cook

CHARLES ESTELL

committed the offense of     AGGRAVATED KIDNAPPING

in that HE KNOWINGLY BY FORCE OR THREAT OF IMMINENT FORCE CARRIED

VICTIM, CATHIE THREAT FROM ONE PLACE TO ANOTHER WITH INTENT SECRETLY

TO CONFINE HER AGAINST HER WILL, AND DEFENDANT INFLICTED GREAT BODILY

HARM, OTHER THAN BY THE DISCHARGE OF A FIREARM, OR COMMITTED ANOTHER

FELONY, UPON VICTIM CATHIE THREATS, TO WIT: VEHICULAR HIJACKING

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 10-2(a)(3)

OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

Contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 11389
(COUNT 02)



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected and sworn, in and for the
County of Cook, in the State of Illinois, in the name and by the
authority of the People of the State of Illinois, upon their oaths
present that on or about MAY 17, 2005 and within the County of Cook

CHARLES ESTELL

committed the offense of      VEHICULAR HIJACKING

in that HE, KNOWINGLY TOOK A MOTOR VEHICLE,

TO WIT: A 2005 SATURN FROM THE PERSON OR THE IMMEDIATE PRESENCE OF

CATHIE THREAT BY THE USE OF FORCE OR BY THREATENING THE IMMINENT

USE OF FORCE

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 18-3(a)

OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND        *Pg*

Contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

CHARGE ID CODE: 10063
(COUNT 03)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about MAY 17, 2005 and within the County of Cook

CHARLES ESTELL

committed the offense of        KIDNAPPING

in that HE, KNOWINGLY AND SECRETLY CONFINED CATHIE THREAT
AGAINST HER WILL,
IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 10-1(a)(1)
OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

Contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 765000
(COUNT 04)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The Grand Jurors chosen, selected and sworn, in and for the
County of Cook, in the State of Illinois, in the name and by the
authority of the People of the State of Illinois, upon their oaths
present that on or about MAY 17,2005 and within the County of Cook


                        CHARLES ESTELL

committed the offense of        KIDNAPPING


in that HE, KNOWINGLY BY FORCE OR THREAT OF IMMINENT FORCE CARRIED

CATHIE THREAT FROM ONE PLACE TO ANOTHER WITH INTENT SECRETLY TO

CONFINE CATHIE THREAT AGAINST HER WILL,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 10-1(a)(2)

OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND


Contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

                        CHARGE ID CODE: 765200
                        (Count 05)

IN THE CIRCUIT COURT OF COOK COUNTY

PEOPLE OF THE STATE OF ILLINOIS )    CASE NUMBER      07CR1021001
              V.                 )    DATE OF BIRTH    07/17/74
CHARLES      ESTELL              )    DATE OF ARREST   03/13/08
Defendant                             IR NUMBER 0918314    SID NUMBER 030938470

ORDER OF COMMITMENT AND SENTENCE TO
ILLINOIS DEPARTMENT OF CORRECTIONS
=====================================

The above named defendant having been adjudged guilty of the offense(s) enumerated below is hereby sentenced to the Illinois Department of Corrections as follows:

| Count | Statutory Citation | Offense | Sentence | | Class |
|-------|-------------------|---------|----------|---|-------|
| 003 | 720-5/18-3(a) | VEHICULAR HIJACKING | YRS. ___ | MOS. 66 | 1 |

and said sentence shall run concurrent with count(s) ___ ___ ___ ___

|   |   |   | YRS. ___ | MOS. ___ | ___ |

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

|   |   |   | YRS. ___ | MOS. ___ | ___ |

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

|   |   |   | YRS. ___ | MOS. ___ | ___ |

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

|   |   |   | YRS. ___ | MOS. ___ | ___ |

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

On Count ___ defendant having been convicted of a class _ offense is sentenced as a class x offender pursuant TO 730 ILCS 5/5-5-3(C)(8).

On Count ___ defendant is sentenced to an extended term pursuant to 730 ILCS 5/5-8-2.

The Court finds that the defendant is entitled to receive credit for time actually served in custody for a total credit of 0619 days as of the date of this order

IT IS FURTHER ORDERED that the above sentence(s) be concurrent with the sentence imposed in case number(s) _____
AND: consecutive to the sentence imposed under case number(s) _____
_____ _____ _____ _____ _____

IT IS FURTHER ORDERED THAT COUNTS 1,2,4,5 MS NOLLE PROS.  2 YEARS MSR. _____
_____

IT IS FURTHER ORDERED that the Clerk provide the Sheriff of Cook County with a copy of this Order and that the Sheriff take the defendant into custody and deliver him/her to the Illinois Department of Corrections and that the Department take him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled.

DATED      APRIL 26, 2010      ENTER: 04/26/10

ENTERED
Sixth Municipal District
Circuit Court of Cook County
APR 26 2010

CERTIFIED BY  S SKOWRONSKI
      DEPUTY CLERK              JUDGE: PANICI LUCIANO      1830
Associate Judge Luciano Panici - 1830

JNP2 04/26/10 12:12:57                                    CCG N305

PROB 48EZ
(Rev. 9/00)

| Last Name | First Name | Middle Name | Social Security Number |
|-----------|-----------|-------------|------------------------|
| Estell | Charles | B. | 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 |

## Instructions for Completing Net Worth Short Form Statement

Having been convicted in the United States District Court, you are required to prepare and file with the probation officer an affidavit fully describing your financial resources, including a complete listing of all assets you own or control as of this date and any assets you have transferred or sold since your arrest. Amendments were made to 18 U.S.C. §§ 3663(a)(1)(B)(i), 3664(d)(3), and 3664(f)(2), and Rule 32(b)(4)(F) to clarify that the assets owned, jointly owned, or controlled by a defendant, and liabilities are all relevant to the court's decision regarding the ability to pay. Your Net Worth Statement should include assets or debts that are yours alone (I-Individual), assets or debts that are jointly (J-Joint) held by you and a spouse or significant other, assets or debts that are held by a spouse or significant other (S-Spouse or Significant Other) that you enjoy the benefits of or make occasional contributions toward, and assets or debts that are held by a dependent (D-Dependent) that you enjoy the benefits of or make occasional contributions toward. The court may require relating to such other factors as the court deems appropriate (see 18 U.S.C. § 3664(d)(3)).

If you are placed on probation or supervised release (or other types of supervision), you may be periodically required to provide updated information fully describing your financial resources and those of your dependents, as described above, to keep a probation officer informed concerning compliance with any condition of supervision, including the payment of any criminal monetary penalties imposed by the court (see 18 U.S.C. § 3603).

Please complete the Net Worth Short Form Statement in its entirety. You must answer "None" to any item that is not applicable to your financial condition. Attach additional pages if you need more space for any item. All entries must be accompanied by supporting documentation (see Request for Net Worth Statement Financial Records (Prob. 48A)). Sign and date Page 2 (including any attached pages). Also, sign, date, and attach the Declaration of Defendant or Offender Net Worth & Cash Flow Statements (Prob. 48D).


GOVERNMENT EXHIBIT
sentencing
#4

PROB 48EZ
(Rev. 9/00)

# NET WORTH SHORT FORM STATEMENT

**NOTE: I = Individual    J = Joint    S = Spouse/Significant Other    D = Dependent**

## ASSETS

Include below all cash on hand, bank accounts, securities, money owed to you by others, life insurance, safe deposit boxes or storage facilities, motor vehicles, real estate, mortgage loans owed to you, other assets, anticipated assets, and business holdings.

| I/J S/D | Type of Asset (e.g., cash, bank account) | Location of Asset (e.g., bank, including account number) | Fair Market or Actual Value |
|---|---|---|---|
| S | 2005 Jaguar S-Type | | |
| S | 2007 Dodge Ram | | |
| | | | |

Include below all assets transferred or sold since your arrest with a cost or fair market value of more than $500.00, or assets that someone else is holding on your behalf.

| I/J S/D | Type of Asset | Date Sold or Transferred | Fair Market or Actual Value |
|---|---|---|---|
| | None | | |
| | | | |
| | | | |

Identify below any assets you will liquidate to satisfy any criminal monetary penalty that may be imposed, and/or describe the prospect of increase in assets.

| I/J S/D | Type of Asset | Fair Market or Actual Value |
|---|---|---|
| | None | |
| | | |
| | | |

## LIABILITIES

Include below all charge accounts and lines of credit, mortgage balances, other debts, civil suits, and bankruptcy filings.

| I/J S/D | Type of Debt (e.g., credit card) | Debt Owed to (e.g., name, account number) | Balance Outstanding |
|---|---|---|---|
| | credit report - declined | | |
| | | | |
| | | | |

Signature _C. Stell_          Date _10/7/13_

PROB 48D
(Rev. 9/00)

# DECLARATION OF DEFENDANT OR OFFENDER
## NET WORTH & CASH FLOW STATEMENTS

I, Charles B. Estell

residing at

11940 S Union Ave
Chicago, IL 60628

have completed the attached ☐ Net Worth Statement (Prob. Form 48) or ☒ Net Worth Short Form Statement
(Prob. Form 48EZ) and/or ☒ Cash Flow Statement (Prob. Form 48B) that fully describe my financial resources,
including a complete listing of all assets owned or controlled by me as of this date and any transfers or sales of assets
since my arrest. The Cash Flow Statement (Prob. Form 48B) also includes my financial needs and earning ability and
the financial needs and earning ability of my spouse (or significant other) and my dependent(s) living at home.

Net Worth Statement (Total pages, including additional pages _____ )

Net Worth Short Form Statement (Total pages, including additional pages _____ )

Cash Flow Statement (Total pages, including additional pages _____ )

☒ I declare under penalty of perjury that the foregoing is true and correct; or

☒ False statements may result in revocation of supervision, in addition to possible prosecution under the provisions
of 18 U.S.C. § 1001, which carries a term of imprisonment of up to 5 years and a fine of up to $250,000, or both.

_____
(Defendant Signature)

Executed on

_____ day of October , 2013