**CASE NO.** _____

**ATTACHMENT NO.** _____

**EXHIBIT** _____

**TAB (Description)** _____



Illinois Department of Revenue

# 10-DAY DEMAND

01/04/05
     5509-1921

      CHARLES B ESTELL
      525 W 119TH ST
      CHICAGO, IL 60628-5937

              Taxpayer ID# : 5509-1921
              Alternate ID#: 352228652000

Dear Taxpayer:

The Department's records indicate that your account has delinquencies and/or deficiencies.
Following is a summary of your assessed unpaid taxes and non-filed returns.

          Total due        : $     319.71

          Total non-filed returns:     4

Attached is a detail of your tax liability.

The Department demands the filing and payment of the above-mentioned liabilities and/or
returns by 01/14/05.  Payment must be made payable to the Illinois Department of Revenue. A
pre-addressed envelope is enclosed for your convenience.

This is your Final Notice and Demand for payment.  If you believe you do not owe this
balance, send proof of prior payment or supporting documentation.  If you have any questions
regarding this letter, please contact the undersigned immediately by phone or mail.

Sincerely,

GEORGE POLIVKA
SPECIAL PROGRAMS
PO BOX 64300
CHICAGO, IL 60664-0300

312-814-2396
Fax:  312-814-4045

ENCLOSURE

LT01-RCBB017-01/04/05-142515



X

 **IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 04-14-2004

Employer Identification Number:
35-2228652

Form: SS-4

Number of this notice: CP 575 A



CHARLES B ESTELL
MOMMA GS PLACE
11940 S UNION
CHICAGO IL 60628

For assistance you may call us at:
1-800-829-4933

000104

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

### WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 35-2228652. This EIN will identify your business account, tax returns, and documents even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, please use the label IRS provided. If that isn't possible, you should use your EIN and complete name and address shown above on all federal tax forms, payments and related correspondence. If this information isn't correct, please correct it using the tear off stub from this notice. Return it to us so we can correct your account. If you use any variation of your name or EIN, it may cause a delay in processing and may result in incorrect information in your account. It also could cause you to be assigned more than one EIN.

Based on the information from you or your representative, you must file the following form(s) by the date shown next to it.

| | |
|---|---|
| Form 941 | 07/31/2004 |
| Form 940 | 01/31/2005 |

If you have questions about the form(s) or the due date(s) shown, you can call us at 1-800-829-4933 or write to us at the address at the top of the first page of this letter. If you need help in determining what your tax year is, you can get Publication 538, Accounting Periods and Methods, at your local IRS office.

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a determination of your tax classification, you may seek a private letter ruling from the IRS under the procedures set forth in Revenue Procedure 98-01, 1998-1 I.R.B.7 (or the superceding revenue procedure for the year at issue).

(IRS USE ONLY)    575A              04-14-2004  ESTE  B  0232748769  SS-4

    If you're required to deposit employment taxes (Form 941, 943, 940, 945, CT-1,
or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a
Welcome Package shortly which includes instructions for making your deposits
electronically through the Electronic Federal Tax Payment System (EFTPS).  Under
separate cover we will also send you a Personal Identification Number.  For more
information about EFTPS, call 1-800-829-3676 and request Publication 966, Now a Full
Range of Electronic Choices to Pay All Your Federal Taxes.  If you need to make a
deposit before you receive your Welcome Package, you can use the enclosed FTD Coupon,
Form 8109-B.

    IMPORTANT REMINDERS:

        *  Keep a copy of this notice in your permanent records.

        *  Use this EIN and your name exactly as they appear above on all your
           federal tax forms.

        *  Refer to this EIN on your tax related correspondence and documents.

    Thank you for your cooperation.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

vs

CASE NO. 07600434901 W001

WARRANT TYPE { ARR }

**CHARLES B ESTELL**

ARREST WARRANT

The people of the State of Illinois to all peace officers in the State - Greetings

for the offense of

We command you to arrest (Defendant) CHARLES B ESTELL

(Description) VEHICULAR HIJACKING

(Chapter) 420          (Section) 2/18

stated in a charge now pending before this court and that you bring him/her instanter before the Circuit Court of Cook

County at (Location) MARKHAM COURTHOUSE                                                        (Room) 99

16501 S KEDZIE AVE

MARKHAM, IL 60426

at 9:00 A.M. or if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant

is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

Issued in Cook County 04/14/2007

Bail fixed at #1,000,000.00*

D BOND

## GEOGRAPHIC LIMITATIONS

Unless otherwise indicated below the geographic limitations

are those as specified in 725 ILCS 5/107-9(e).

NONE

(Geographic Limitations)

_____ ASA

Prosecutor

_____ Code 0211

Judge _____

THOMAS J. CONDON

Judge _____ Code 0211

THOMAS J. CONDON

Witness: Dorothy Brown, Clerk of the Court and seal thereof, 04/14/2007

Clerk of the Circuit Court _____

By Deputy Clerk _____

=====================================================================================

Name    CHARLES B ESTELL

Alias                                              City CHICAGO                     State  z60628

Residence 11940 S UNION

| Sex | Race | Height | Weight | D.O.B. | Age | Complxn | Build | Drivers License |
|-----|------|--------|--------|--------|-----|---------|-------|-----------------|
| M | BLACK | 6' 2" | 185 lbs | 07/17/1974 | 32 | | | E23414274203 |

IR 000000000 | CB/DCN          | FBI          | SID 00000000000 | SSN 000000000 | BOND NO 00000000

Complainant's Name                    City                              State          Zip

Address                                              Star No 00000

Arresting Officer

Agency/Unit CALUMET CITY-PD

Reviewed By: _____              Audited By: _____

Prosecutor                                                          Clerk

Prepared by: LINKO, PATRICIA          Printed:  04/14/2007 10:02:39    System:  JNP7.CC00.M028.PAL

CLERK OF THE CIRCUIT COURT OF COOK COUNTY

Defense EXHIBIT #10

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

vs

CHARLES B ESTELL

CASE NO. 07600435001  W001

WARRANT TYPE { ARR }

ARREST WARRANT

The people of the State of Illinois to all peace officers in the State - Greetings:

We command you to arrest (Defendant) **CHARLES B ESTELL**

CLERK  WARRANT ... APR 1 7 2007

for the offense of

(Description) **AGGRAVATED KIDNAPPING**

(Chapter) 720      (Section) **5/10-2-A-3**

stated in a charge now pending before this court and that you bring him/her instanter before the Circuit Court of Cook

County at (Location) MARKHAM COURTHOUSE                                         (Room) 99

16501 S KEDZIE AVE
MARKHAM, IL 60426

at 9:00 A.M. or if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant
is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

## GEOGRAPHIC LIMITATIONS

Unless otherwise indicated below the geographic limitations
are those as specified in 725 ILCS 5/107-9(e).

NONE

(Geographic Limitations)

_Jam C. P.L_

Prosecutor

Judge _____  Code 0211

THOMAS J. CONDON

Issued in Cook County 04/14/2007
Bail fixed at $1,000,000.00*
D BOND

Judge _____  Code 0211

THOMAS J. CONDON

ENTERED
APR 1 4 2007

Witness: Dorothy Brown, Clerk of the Court and seal thereof, 04/14/2007

Clerk of the Circuit Court _____       By Deputy Clerk _____

===================================================================================

| Name | CHARLES B ESTELL | | | | | | | |
|------|------|------|------|------|------|------|------|------|
| Alias | | | | | | | | |
| Residence 11940 A UNION | | | City CHICAGO | | | State | z 60628 | |

| Sex | Race | Height | Weight | D.O.B. | Age | Complxn | Build | Drivers License |
|-----|------|--------|--------|--------|-----|---------|-------|-----------------|
| M | BLACK | 6' 2" | 185 lbs | 07/17/1974 | 32 | | | E23414274203 |

IR 000000000 |CB/DCN      |FBI      |SID 00000000000  |SSN 000000000  |BOND NO 000000000

Complainant's Name
Address                                      City                        State      Zip
Arresting Officer                                    Star No 00000
Agency/Unit  CALUMET CITY-PD

Reviewed By: _____       Audited By: _____
                    Prosecutor                                      Clerk

Prepared by: LINKO, PATRICIA         Printed:   04/14/2007 10:03:02   System:   JNP7.CC00.M028.PAL

CLERK OF THE CIRCUIT COURT OF COOK COUNTY

Calumet City Police

16501 KEDZIE AVE
MARKHAM IL
0900 HRS  RM

| 06 | | |
|---|---|---|
| (Court Branch) | (Court Date) | |

**FELONY COMPLAINT**    Class 1

CCCR-N662-100M-11/14/97 (83420157)
(This form replaces CCG-0662 " & " CCMC-216)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois
Plaintiff
-v-

Charles B Estell
Defendant

**COMPLAINT FOR PRELIMINARY EXAMINATION**

NO. 07 MG          549

CALUMET CITY Case #05-17624

Det. David Iwaszko #181                    complainant, now appears before
(Complainants Name Printed or Typed)

The Circuit Court of Cook County and states that

Charles B Estell        11940 S. Union Ave. Chicago, IL  60628        has, on or about
(defendant)                    (address)

5/17/2005    at  823 Williams Ave., Calumet City, IL. 60409
(date)                (place of offense)

committed the offense of        Vehicular Hijacking        in that he

Defendant knowingly took a motor vehicle, a 2005 Saturn Vue with a vehicle identification number of 5GZCZ23D85S842267, from the person of Cathie Threat by forcibly grabbing Threat as she walked around her vehicle, and subsequently placed Threat into another vehicle. Defendant then drove away in Threat's vehicle.

| in violation of | 720 | ILCS | 5 | / | 18-3 |
|---|---|---|---|---|---|
| | (Chapter) | | (Act) | | (Section) |

CHARGE CODE

Det. l   181
(Complainants Signature)

1200 Pulaski Rd, Calumet City, IL  60409 708-868-2500
(Complainants Address)                    (Telephone No.)

STATE OF ILLINOIS  } ss:
COOK COUNTY  }

Det. David Iwaszko #181
(Complainants Name Printed or Typed)

Being first duly sworn, the Complainant on oath, deposes and says that he read the foregoing complaint by him subscribed and that the same is true.

Det. l   181
(Complainants Signature)

Subscribed and sworn before me on this        day of    4-14-07

(Judge, Deputy Clerk or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED    Judge _____
or
WARRANT ISSUED    Bail set at: _____
or
BAIL SET AT:    Must be Set by Judge    Judge _____

Judge's No.

Judge's No.

Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**ORIGINAL COPY**

CARDELS 800-793-5299

Defense
EXHIBIT
Sentencing
#11

## APPEARANCE

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois
                    Plaintiff )
                                  )
                                  ) No. 07CR09061 04
               v.                 )
                                  )        Charge
_Charles Estelle_                 )
                                  )
_____  )
                                  )
               Defendant(s)       )
                                  )

The undersigned, as attorney, enters the appearance of  _Estelle_

_____

_____

Defendant(s) in the above entitled cause.

_____ **Attorney**

**FILED**
D5-109
MAY 2 2 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

#50849
**GOLDBERG CRIMINAL DEFENSE**
Stuart V. Goldberg
Attorney for _ESTELLE_
980 North Michigan Avenue, Suite 1400
Chicago, Illinois 60610
(773) 327-9400



Defense
EXHIBIT
sentencing
#12

**PRISONER DATA SHEET**

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

#59

NAME _Charles Estell_ ADDRESS _1940 S Union_

CITY/TOWN _Chg_ ZIP CODE ____

CASE NO. _076004850_

IR, CB, SID _918314_ MAJOR CHARGE _720 S/10-2A3_ NO. COUNTS _1_

BAIL PREVIOUSLY SET _One Million_ $ _1,000,000_

CRIMINAL-MUNICIPAL-OTHER ROOM _099_ TIME _9-_

BRANCH _Dist 6_ ADDRESS _1650 S Kedzie_ CITY/TOWN _Chatham_

---

BAIL SET ____ $ ____

NEW COURT DATE ____

| | JUDGE | JUDGE'S NO. |
|---|---|---|

BAIL REDUCED/INCREASED ____ $ ____

NEW COURT DATE ____

| | JUDGE | JUDGE'S NO. |
|---|---|---|

NEW COURT DATE _4/17/07_

| | JUDGE | JUDGE'S NO. |
|---|---|---|

DISPOSITION (REMAIN IN CUSTODY)

DATE ____

| | JUDGE | JUDGE'S NO. |
|---|---|---|

DISPOSITION (RELEASE FROM CUSTODY)

DATE ____

| | JUDGE | JUDGE'S NO. |
|---|---|---|

DATE _4-14-07_

ENTERED
JUDGE Br. 1 (CBC)
2850 S. California
APR 14 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT
DEPUTY CLERK COURT, IL

DEPUTY CLERK

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

This form replaces CCG-N302/302D

CCCR N705-300M-1/21/04 (53350065)

PEOPLE OF THE STATE OF ILLINOIS VS.    C N   CHARLES     ESTELL

| E | PAPERS FILED |
|---|---|
| AY 1 7 2007 | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
| | PRES. JUDGE ASSIGNMENT DATE:   MAY 29 2007 |
| 5-7-01   D8206311 | BAIL PREVIOUSLY SET $   400,000/40,000 |
| | |
| | |

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
| 5-29-01 | Panecki | NO ARRAIGNMENT |
| | | ASSIGNED TO JUDGE   Panecki R105 |
| MAY 29 2007 | Biebel (J) | TRANSFER TO SUBURBAN DISTRICT #   6 |
| | | O/C   MAY 29 2007 |
| 5-29-07 | Panichi | 2nd SOD FRN PNG NATIA SEMD BAG1807 |
| 6-18-07 | Clifford | LTFAGr. Disc Tend/Ack BA 7-16-07x |
| 7-16-07 | Clifford | BA 8-17-07 ANIC / Sim hospital / Paralysed |
| 8-17-07 | Simmons | D'c - in Wheelchair BA 10-9-07 Kidnap Victim |
| Assoc. Judge Robert J. Clifford - 1902 OCT 9 - 2007 | | SFATFAD + PTM BA 11-19-07 |
| 11-19-07 | Clifford | SFATD   State is electing on |
| | | #01CR 09061 (5th Dist) BA 12-12-07 |
| | | DTFATD / PTM. |
| Assoc. Judge Robert J. Clifford - 1902 DEC 12 2007 | | BF E+C 12-27-07   ANIC |
| Assoc. Judge Robert J. Clifford - 1902 DEC 27 2007 | | Elected Case in 5th Dist. |
| | | BA 1-11-08 |
| Assoc. Judge Robert J. Clifford - 1902 JAN 11 2008 | | BF E+C   MD 3-12-08 X |
| J. Assoc. Judge Robert J. Clifford - 1922 MAR 12 2008 | | BFW   W Bail |
| | | J 4-14-08 |
| CLERK   WARRANT EXECUTED MAR 13 2008 | | WEX - Original Bond to |
| | Clifford | Be Reinstated |

(Rev. 4/2/01) CCCR 0605 A      MD - 4-14-08     (OVER

Defense EXHIBIT sentencing #13   CARDLES 800-783-0399

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| 4.14.08 | Clifford | State Changes Election. State Elects THIS Case BA 6-2-08 WFT/J |
| Assoc. Judge Robert J. Clifford JUN 02 2008 | | BA - 7-21-08 WFT/Jury DIS ATD - (ALiBi) Dfg TenDerd Disc TO Sto. (Photo's + PR) |
| Assoc. Judge Robert J. Clifford - 198 JUL 21 2008 | | BA 9.3-08 WFT/Jury |
| 9.3.08 | Clifford | LTW (Goldberg) Limited LT FAG (Urban) Mr Goldberg Tends Dise To Mr. Urban /AR BA 12-9-08 |
| Assoc. Judge Robert J. Clifford - 19 OCT 09 2008 | | |
| 12.4.08 | Clifford | DNic (Dic. Cplf) WTS No Bail |
| 8.3.09 | Clerk | Mto for speedy trial filed |
| 8-10-09 | Rhodes | MS 8-31-09 dft files motion for Speed Trial |
| 8.31.09 | Panici | O/c 9.14.09 |
| 9.14.09 | Panici | LOC 9.18.09 |
| 9.18.09 | Panici | O/c 9-21-09 |
| 9.21.09 | Panici | O/c 9.25.09 |
| 9.25.09 | Panici | O/C 10.28.09 |
| 10.28.09 | Panici | BA 10.30.09 |
| 10.30.09 | Panici | BTS BA 11-12-09 |
| 11.12.09 | Panici | BA 12.4.09 first takes Bond covents 3,000 of Bond to atty Goldberg Balance to atty Tst Urban see order |

THE PEOPLE OF THE STATE OF ILLINOIS VS.    CASE NO. 07CR1021001

Charles Estell

| DATE | PAPERS FILED |
|------|--------------|
| | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
| | PRES. JUDGE ASSIGNMENT DATE: _____ |
| | BAIL PREVIOUSLY SET $ |
| | |
| | |
| | |
| | |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| | | NO ARRAIGNMENT |
| | | ASSIGNED TO JUDGE _____ |
| 12·4·0l | Panici | BA 1·20·10 for jury trial w/ subpoena |
| 1·20·10 | Panici | BD 2·8·10 for jury trial |
| 2·8·10 | Panici | Motty NJC (ill) BA 2-22-10 for Trial |
| 2-22-10 | Panici | BA 3-15-10 WFJ |
| 3-15-10 | Panici | BA 4-26-10 WFJ |
| 4-26-10 | Panici | CO1,2,4,5 MS Nolle NDT  CO3 PGJ WFG JoF |
| | | 66 mo (5½ years) IDOC & 2 yrs MSR. |
| | | Credit 619 Days NGAR MTI |
| Judge Anna Helen Demacopoulos-2002 FEB 2012 | | w/x nunc pro tunc 3-13-08 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 005

PEOPLE OF THE STATE OF ILLINOIS

                    VS               NUMBER 07CR0906101

CHARLES      ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
03/25/10 PRISONER DATA SHEET TO ISSUE          00/00/00
      DAVY, THOMAS M.
03/25/10 CONTINUANCE BY AGREEMENT              05/03/10
      DAVY, THOMAS M.
05/03/10 DEFENDANT IN CUSTODY                  00/00/00
      DAVY, THOMAS M.
05/03/10 PRISONER DATA SHEET TO ISSUE          00/00/00
      DAVY, THOMAS M.
05/03/10 MOTION DEFT - CONTINUANCE - MD        05/18/10
      DAVY, THOMAS M.
05/03/10 CBR PROCSED FRWD ACCT DEP             00/00/00
05/03/10 CASH BOND REFUND TO ATTORNEY      B001 00/00/00 67425
05/18/10 DEFENDANT IN CUSTODY                  00/00/00
      DAVY, THOMAS M.
05/18/10 PRISONER DATA SHEET TO ISSUE          00/00/00
      DAVY, THOMAS M.
05/18/10 CONTINUANCE BY AGREEMENT              06/03/10
      DAVY, THOMAS M.
06/03/10 DEFENDANT IN CUSTODY                  00/00/00
      DAVY, THOMAS M.
06/03/10 PRISONER DATA SHEET TO ISSUE          00/00/00
      DAVY, THOMAS M.
06/03/10 MOTION DEFT - CONTINUANCE - MD        07/15/10
      DAVY, THOMAS M.
07/15/10 DEFENDANT IN CUSTODY                  00/00/00
      DAVY, THOMAS M.
07/15/10 PRISONER DATA SHEET TO ISSUE          00/00/00
      DAVY, THOMAS M.
07/15/10 CONTINUANCE BY AGREEMENT              08/25/10
      DAVY, THOMAS M.
08/25/10 DEFENDANT IN CUSTODY                  00/00/00
      DAVY, THOMAS M.
08/25/10 PRISONER DATA SHEET TO ISSUE          00/00/00
      DAVY, THOMAS M.
08/25/10 CONTINUANCE BY AGREEMENT              09/14/10
      DAVY, THOMAS M.
09/14/10 ADMONISH PER SP CT RULE 402           00/00/00
      DAVY, THOMAS M.








Defense
EXHIBIT
sentencing
#15



Case: 1:13-cr-00613 Document #: 138-1 Filed: 10/14/14 Page 16 of 37 PageID #:837

# INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT

**IMPORTANT: KEEP THIS NOTICE FOR YOUR PERSONAL RECORDS**

THE PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs.

| | |
|---|---|
| Date: | |
| Time: | |
| Court Branch: | |
| Court Loc.: | |

THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY

## ADDITIONAL INFORMATION

To be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number.

## OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES

## TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)

## AUTOMATED VICTIM NOTIFICATION (AVN)

## ILLINOIS CRIME VICTIMS NOTIFICATION

## RECOVERY OF PROPERTY - STOLEN/VEHICLE RECOVERED

## CREDIT CARDS - CHECKS, LOST OR STOLEN

### TO REPORT A CRIME:

### SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS

### CAPS HOTLINE: (312) 744-CAPS [(312) 744-2277] or 311
Your next Beat Community Meeting will be held on (date / time)

### FOR PROPERTY CRIMES
- ☐ (312) 747-8382
- ☐ (312) 747-8228
- ☐ (312) 744-8263
- ☐ (312) 746-8253
- ☐ (312) 746-8362
- ☐ (312) 746-7619

### FOR VIOLENT CRIMES
- ☐ (312) 747-6380
- ☐ (312) 747-6271
- ☐ (312) 744-8261
- ☐ (312) 746-8251
- ☐ (312) 746-8282

### FOR YOUTH INVEST.
- ☐ (312) 747-8385
- ☐ (312) 747-9276
- ☐ (312) 744-8266
- ☐ (312) 746-9259
- ☐ (312) 746-8385

### Police District of Occurrence
- ☐ 14, 15, 16, 17, 25
- ☐ 18, 19, 20, 23, 24
- ☐ 2, 7, 8, 9, 21
- ☐ 3, 4, 5, 6, 22
- ☐ 1, 10, 11, 12, 13

### Court Branch for Warrant or Summons
| | |
|---|---|
| Branch 23 | 5555 W. Grand Ave. |
| Branch 29 | 2452 W. Belmont Ave. |
| Branch 34 | 155 W. 51st St. |
| Branch 35 | 727 E. 111th St. |
| Branch 43 | 3150 W. Flournoy St. |

RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS

CPD-11.483 (Rev. 6/04)

Defense
EXHIBIT
sentencing
#16 (Group)

SR 1C JANUARY 2011

Printed by authority of the State of Illinois

# ILLINOIS MOTORIST REPORT

**CHICAGO POLICE DEPARTMENT**

INVESTIGATING AGENCY

COMPLETE BOTH SIDES OF THIS FORM
USE BLACK INK

Illinois Department of Transportation
Crash Record Section
3510 North Bill Street
Springfield, Illinois 62766-0001

Copies or police crash reports may be obtained by sending $5
per copy (check or money order) made payable to Department
of Finance – City of Chicago and mailed to:
Chicago Police Department
Records Inquiry & Customer Service Section - Unit 163
3510 South Michigan Avenue - Room 1027 SE
Chicago, IL 60653-1020

**COUNTY: COOK**

CITY: **CHICAGO**

*C110028692*
C110028692

R.D. NUMBER: HV-426365

## UNIT 1

| Field | Value |
|---|---|
| NAME (LAST, FIRST, M.I.) | Randle, Tinka |
| STREET ADDRESS | 7955 S. Kedzie |
| CITY | Chicago | STATE: IL | ZIP: 60652 |
| TELEPHONE | 773-491-1686 |
| DRIVER LICENSE NO. | K534-9135-4672 |
| SEX: F | AGE: 22 | DATE OF BIRTH: 3/10/91 |
| INJURY: V | CLASS: V |
| MAKE: Dodge | MODEL: Ram | YEAR: 02 |
| PLATE NO. | 302814912616890 |
| VIN | 5113 |
| OWNER ADDRESS | Same Above |
| INSURANCE CO. | Insurance |

## UNIT 2

| Field | Value |
|---|---|
| NAME (LAST, FIRST, M.I.) | Unk |
| STREET ADDRESS | |
| CITY | STATE | ZIP |
| TELEPHONE | |
| DRIVER LICENSE NO. | |
| AT INTERSECTION WITH | Columbus |
| MAKE | MODEL | YEAR |
| PLATE NO. | VIN |

ADDRESS NO. 34: 3100

DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY:
☐ $500 OR LESS
☐ $501 - $1,500
☑ OVER $1,500

TYPE OF REPORT:
☐ A No Injury / Drive Away
☐ B Injury and / or Tow Due to Crash

DATE OF CRASH: mo 3 / day 11 / yr 14
TIME: 1:30  ☐ AM  ☐ PM
NUMBER MOTOR VEHICLES INV'D: 2

DID POLICE OFFICER INVESTIGATE ACCIDENT? YES ☐ NO ☐

*M0110*

YOUR INSURANCE

# DIAGRAM WHAT HAPPENED
## INSTRUCTIONS

1. Follow dotted lines to draw outline of roadway at place of crash.
2. Number each vehicle and show direction of travel by arrow.

INDICATE NORTH BY ARROW

3. Use solid line to show path before crash:

dotted line after crash:

4. Show pedestrian by:
5. Show railroad by:
6. Show utility poles by:
7. Show motorcycle by:

DIAGRAM

Columbus
Columbus Drive

ready
On road

NARRATIVE (Refer to vehicle by Unit No.)

On August 11th at approximately 9:15pm. I was involving southbound on Columbus when I noticed a sus-picious vehicle following me. The sedan rear-ended by Dodge Ram, I pulled up on the driver's side and made at a gun gesture in the shape of a gun I was able to take pictures but the suspect fled the scene. I pulled over immediately called the police who in turn told me to make a report at the police station.

THIS REPORT IS CONFIDENTIAL AND CANNOT BE USED AS EVIDENCE IN ANY TRIAL.

PRINT OR TYPE ALL INFORMATION ON THIS FORM.

## THE PROVIDING OF FALSE INFORMATION IS A CLASS C MISDEMEANOR AND CAN RESULT IN A $500 FINE AND A 30-DAY SENTENCE.

### The Safety Responsibility Law
For general information only

(See Sections 625 ILCS 5/7-100 through 5/7-216 of the Illinois Vehicle Code for complete statute.)

In certain cases drivers and owners may be required to prove financial responsibility, usually by presenting evidence of automobile liability insurance.

When any person sustains property damage in excess of $1,500 (or, $500 if any driver is uninsured) or personal injuries, the names of uninsured motorists are sent to the Secretary of State with a legal notice of possible security deposit. The notice names all potential property damage claimants and lists the evaluated amounts of the potential claims, and lists the evaluated amounts information shown in the reports filed by drivers and owners. It is important that reports be filed promptly and that complete and accurate descriptions of property damage and bodily injuries be shown in the spaces provided on the report form.

The accident file, which usually contains a police report and a report from the other driver(s), will be sent to the Secretary of State. That office will review the reports. If the uninsured driver was legally at fault, if the driver clearly not at fault, the file will be closed; otherwise a Notice of Suspension will be mailed. The notice of Illinois Safety Responsibility Law. It also advises the uninsured motorist of the right within 15 days of the Notice of Suspension to request a hearing. If a request for hearing is received, the suspension becomes effective 45 days from the date of the Notice of Suspension. If a hearing is held and the Hearing Officer concludes, after considering all written and oral evidence, that there is a reasonable possibility of legal fault, the uninsured motorist has the following options: 1. Deposit security; 2. Present evidence of releases from liability; (or signed agreements to pay for damages in installments); 3. Show evidence of a final adjudication of nonliability. If the uninsured driver fails to comply with any of the above options, his/her Illinois driver (if driver) and vehicle registration privileges (if owner) would be suspended.

(None of the above affects any person's right to sue to recover damages.)

### LEGAL REQUIREMENTS

As the driver of a motor vehicle involved in a traffic crash causing death, injury, or damage to any one person's vehicle or property exceeding $1,500, you must complete and submit this report.

However, if you or any other driver in the same crash does not have insurance, you must complete and submit this report if damage to any one person's vehicle or property is over $500.

In either case, your report must be completed and submitted within 10 days after the crash.

If the driver is physically incapable of completing this report, the owner or another occupant of the vehicle should do so.

### INSTRUCTIONS
OBSERVE THE FOLLOWING RULES:

1. PRINT ALL NAMES AND ADDRESSES.
2. Answer all questions to the best of your knowledge. If unable to answer any questions, mark "nic" for "not known."
3. The nature and extent of all damages and injuries must be clearly and completely shown. Whenever a doctor's estimate of injuries or a garage estimate of the cost of repair is available, give this immediately; otherwise, give your own careful estimate.
4. Use a second report form or a report additional vehicles, injured persons, witnesses, or any other information when there is not sufficient space.
5. SIGN THE REPORT in the space at the bottom of the front side of this report form.

Important - This crash should show representation is a true and complete statement of this incident. Failure to report may jeopardize your automobile liability insurance.

### THIS SPACE FOR FLEET OPERATORS ONLY

If your vehicle is subject to the Federal Motor Carrier Safety Regulations, provide your USDOT number below:

USDOT number

Has the Department of Insurance issued a certificate of self-insurance covering your vehicle?

☐ YES          ☐ NO

# VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT

THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY.

INCIDENT _____ IUCR CODE _____ R.D. No. _____

NAME OF VICTIM/COMPLAINANT _____ DATE/TIME OF OCCURRENCE _____ BEAT OF OCCUR. _____

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs. _____

If an arrest has taken place, the following is your court information: Date: _____ Time: _____ Court Branch: _____ Court Loc.: _____

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

## TO REPORT ADDITIONAL INFORMATION

If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

|  | AREA CENTRAL | (312) 747-8382 |
|  | AREA SOUTH | (312) 747-8273 |
|  | AREA NORTH | (312) 744-8263 |
|  | BOMB & ARSON (ALL AREAS) | (312) 746-7619 |

### PROPERTY CRIMES

### VIOLENT CRIMES

|  | (312) 747-8380 |
|  | (312) 747-8271 |
|  | (312) 744-8261 |

### SPECIAL VICTIMS

|  | (312) 747-8385 |
|  | (312) 747-8276 |
|  | (312) 744-8266 |

## MISSING PERSONS LOCATED

When persons reported missing are located or have returned, the MISSING PERSONS SECTION must be contacted IMMEDIATELY at (312) 745-6052.

## COPY OF THE REPORT

The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained after 14 working days from the date the incident was reported. To obtain a copy of the report, send a check or money order payable to the "DEPARTMENT OF REVENUE-CITY OF CHICAGO" in the amount of $.50 and a self-addressed stamped return envelope to: Chicago Police Department Headquarters, Records Inquiry Section, 1st floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) Victim's name and address (or person reporting crime), 2) Type of Incident, 3) Address of occurrence, and 4) R.D. Number.

## MAKE THE RIGHT CALL

The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out now, call **311** or visit online at:

http://www.chicagopolice.org.

### CHICAGO ALTERNATIVE POLICING STRATEGY (CAPS)
### SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS

To report a crime in progress or other emergency that requires immediate police response, call **911**.
To report non-emergency situations, call the Police Department at 311 within City limits, or if outside the City limits call (312) 746-6000.

You live on Beat _____

Your next Beat Community Meeting will be held on (date / time) _____ at (location) _____

## OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES

If an arrest is made, you will be informed of the date, time, and location of the court proceedings at which your appearance will be required. When you report a crime and an arrest is not made, you may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring the Victim Information Notice and any other relevant information, such as the offender's name, physical description, and home address to the warrant officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding court holidays).* The warrant officer will then assist you in the process of obtaining the warrant or summons.*

*For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 555 West Harrison, on the first floor.

### Police District of Occurrence

| | |
|  | 14,15,16,17,25 |
|  | 1,18,19,20,24 |
|  | 2,7,8,9 |
|  | 3,4,5,6,22 |
|  | 10,11,12,13 |

### Court Branch for Warrant or Summons

| Branch 23 | 5555 W. Grand Ave. |
| Branch 29 | 2452 W. Belmont Ave. |
| Branch 34 | 155 W. 51st St. |
| Branch 35 | 727 E. 111th St. |
| Branch 43 | 3150 W. Flournoy St. |

## TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)

Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling (312) 746-9715. Hearing-impaired persons in need of assistance during normal business hours may also contact their local police district or the Special Activities Section at (312) 745 - 5823.

## AUTOMATED VICTIM NOTIFICATION (AVN)

The County of Cook has a toll free, multilingual, 24-hour Automated Victim Notification System. To obtain information about a defendant's court date or custody status, inside of Cook County Jail: call 1-877-846-3445. Do not depend only on the AVN for your safety. If you feel that you may be in danger, take precautions as if the defendant has already been released.

## ILLINOIS CRIME VICTIMS NOTIFICATION

Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation Program for such costs as medical, funeral, loss of support, and wage loss. NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING. To apply or to determine whether one qualifies, the victim, or if deceased, a relative or dependent, must contact the Illinois Attorney General's Office. Further information and claim forms can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, or by calling (312) 814-2581.

## RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED

The Chicago Police Department must be notified IMMEDIATELY, via the "911" emergency number, when property reported lost or stolen is recovered.

## CREDIT CARDS - CHECKS, LOST OR STOLEN

Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

CPD-11.383 (Rev. 3/12)-English      IMPORTANT: RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS

# VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT

INCIDENT _____

NAME OF VICTIM/COMPLAINANT _____ THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY.

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs. _____

UCR CODE _____

If an arrest has taken place, the following is your court information: Date: _____ Time: _____

BEAT/UNIT OF ASSIGN. _____ DATE/TIME OF OCCURRENCE _____ R.D. No. _____

BEAT OF OCCUR. _____

Court Branch: _____ Court Loc.: _____

If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's Office at (773) 869 - 7200.

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether or a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s), or the recovery of property. Your case will reviewed and retained to determine if criminals are active in the area can be identified. A detective will not routinely contact you unless additional information is required or your further assistance is needed.

## TO REPORT ADDITIONAL INFORMATION

If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below.

**MISSING PERSONS LOCATED**
When persons reported missing are located or have returned, the MISSING PERSONS SECTION must be contacted IMMEDIATELY at (312) 745-6052.

| | PROPERTY CRIMES | VIOLENT CRIMES | SPECIAL VICTIMS |
|---|---|---|---|
| AREA CENTRAL | ☐ (312) 747-8382 | ☐ (312) 747-8380 | ☐ (312) 747-8385 |
| AREA SOUTH | ☐ (312) 747-8273 | ☐ (312) 747-8271 | ☐ (312) 747-8276 |
| AREA NORTH | ☐ (312) 744-8263 | ☐ (312) 744-8261 | ☐ (312) 744-8266 |
| BOMB & ARSON (ALL AREAS) | ☐ (312) 746-7619 | | |

## COPY OF THE REPORT

The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained after 14 working days from the date the incident was reported. To obtain a copy of the report, send a check or money order payable to the "DEPARTMENT OF REVENUE-CITY OF CHICAGO" in the amount of $.50 and a self-addressed stamped return envelope to: Chicago Police Department Headquarters, Records Inquiry Section, 1st floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) Victim's name and address (or person reporting crime ), 2) Type of incident, 3) Address of occurrence, and 4) R. D. Number.

## MAKE THE RIGHT CALL

To report a crime in progress or other emergency that requires immediate police response, call 911. To report non-emergency situations, call the Police Department at 311 within City limits, or if outside the City limits call (312) 746-6000.

## CHICAGO ALTERNATIVE POLICING STRATEGY (CAPS)

**SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS**
The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out how, call 311 or visit online at:

http://www.chicagopolice.org

Your next Beat Community Meeting will be held on (date / time) _____

at (location) _____

You live on Beat _____

CPD-11.383 (Rev. 3/12)-English

IMPORTANT: RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS

## TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)

Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling (312) 746-9715. Hearing-impaired persons in need of assistance during normal business hours may also contact their local police district or the Special Activities Section at (312) 745 - 5823.

## OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES

If an arrest is made, you will be informed of the date, time, and location of the court proceedings at which your appearance will be required. When you report a crime and an arrest is not made, you may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relevant information, such as the offender's name, physical description, and home address to the warrant officer assigned to the court between 8.30 am and 11:30 am Monday through Friday (excluding court holidays). The warrant officer will then assist you in the process of obtaining the warrant or summons.*

**Police District of Occurrence**

| | | Court Branch for Warrant or Summons |
|---|---|---|
| ☐ 14,15,16,17,25 | Branch 23 | 5555 W. Grand Ave. |
| ☐ 1,18,19,20,24 | Branch 29 | 2452 W. Belmont Ave. |
| ☐ 2,7,8,9 | Branch 34 | 155 W. 51st St. |
| ☐ 3,4,5,6,22 | Branch 35 | 727 E. 111th St. |
| ☐ 10,11,12,13 | Branch 43 | 3150 W. Flournoy St. |

* For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 555 West Harrison, on the first floor.

## AUTOMATED VICTIM NOTIFICATION (AVN)

The County of Cook has a toll free, multilingual, 24-hour Automated Victim Notification System. To obtain information about a defendant's court date or custody inside of Cook County Jail, call 1-877-846-3445. Do not depend only on the AVN for your safety. If you feel that you may be in danger, take precautions as if the defendant has already been released.

## ILLINOIS CRIME VICTIMS NOTIFICATION

Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation program for such costs as medical, funeral, loss of support, and wage loss. RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING. To apply to determine whether one qualifies, the victim, (or if deceased, a relative or dependent, must contact the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, or by calling (312) 814-2581.

## RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED

The Chicago Police Department must be notified IMMEDIATELY via the "911" emergency number, when property impounded or lost or stolen is recovered.

## CREDIT CARDS - CHECKS, LOST OR STOLEN

Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

| | |
|---|---|
| | **Order of Protection:** N<br>**CI From Cell Phone:** N<br>**Notes:** |
| **10/18/2011 14:41:54**<br>Agent Contact | **Phone Number:** WEB<br>**Agent:** I11-ELMON MATHIS<br>**From:** B - OFFICE<br>**Code 1:** 002-OFFENDER FTF CONTACT<br>**Notes:** PAROLEE REPORTED TO CHATHAM PAROLE OFFICE FOR F/F CONTACT. NO NEG PD CONTACT, VALID UPDATED ILLINOIS STATE ID, UNEMPLOYED ATTENDING COLLEGE ONLINE PART TIME AT KAPLAN UNIVERSITY. |
| **11/03/2011 00:42:13**<br>Offender Check-In Call | **Actual Phone:** (773) 498-2966<br><br>**Verbal Phone:**<br><br>**Arrstd snce lst chk:** N<br>**Employed:** N<br>**Address Change:** N<br>**State Calling from:** IL<br>**Order of Protection:** N<br>**CI From Cell Phone:** N<br>**Notes:** |
| **11/09/2011 10:32:59**<br>Agent Contact | **Phone Number:** WEB<br>**Agent:** J64-ERIC MILES<br>**From:** A - HOST SITE<br>**Code 1:** 006-ATTEMPT/NO CONTACT<br>**Notes:** AGT ATTEMPTING TO CONDUCT FTF. OFFENDER NOT PRESENT. AGT LEFT DETAILED VOICE MESSAGE WITH AGT CONTACT INFO AND INSTRUCTIONS. |
| **11/12/2011 08:05:54**<br>Agent Contact | **Phone Number:** (773)949-3166<br>**Agent:** J64 ERIC MILES<br>**From:** A - HOST SITE<br>**Code 1:** 002 - OFFENDER FTF CONTACT<br>**Notes:** AGT COMPLETED FTF. OFFENDER INSTRUCTED TO CONTINUE CHECK INS, MONTHLY AGT VISITS AND REPORT ALL POLICE CONTACT. |
| **11/17/2011 08:49:28**<br>Offender Check-In Call | **Actual Phone:** (773) 498-2966<br><br>**Verbal Phone:**<br><br>**Arrstd snce lst chk:** N<br>**Employed:** N<br>**Address Change:** N<br>**State Calling from:** IL<br>**Order of Protection:** N<br>**CI From Cell Phone:** N<br>**Notes:** |
| **11/26/2011 11:23:42**<br>Miscellaneous | J64<br>ERIC MILES<br><br>**Notes:** |
| **11/26/2011 11:47:24**<br>Agent Contact | **Phone Number:** WEB<br>**Agent:** J64-ERIC MILES<br>**From:** B - OFFICE<br>**Code 1:** 009-CASE MANAGEMENT<br>**Notes:** TRANSFER REQUEST SUBMITTED TO SUPV. I30 TO BE FORWARDED TO APPROPRIATE PAROLE OFFICE. |
| **12/03/2011 14:23:43**<br>Offender Check-In Call | **Actual Phone:** (773) 498-2966<br><br>**Verbal Phone:**<br><br>**Arrstd snce lst chk:** N<br>**Employed:** N<br>**Address Change:** N<br>**State Calling from:** IL<br>**Order of Protection:** N<br>**CI From Cell Phone:** N<br>**Notes:** |

Defense
EXHIBIT
sentencing
# 17

CARDELS 800-763-0389

| | |
|---|---|
| **12/05/2011 12:12:19** Agent Contact | **Phone Number:** WEB<br>**Agent:** I30-JANEAN JACKSON<br>**From:** B - OFFICE<br>**Code 1:** 009-CASE MANAGEMENT<br>**Code 2:** 290-CASELOAD REVIEW<br>**Notes:** TRF FWDED TO SUP TRAVIS FOR ASSIGNING TO HIS AREA. |
| **12/08/2011 12:22:59** Other Call | **Name:** ADAM BANCROFT/ATTORNEY<br>**Phone Number:** (269)427-5601<br>**Message:**<br>**Notes:** CALLER REQUESTED OFFENDERS CONTACT INFORMATION AND/OR AGENTS CONTACT INFORMATION. CALLER CAN BE REACHED AT 269-427-5601. |
| **12/08/2011 14:15:34** Agent Call | **Notes:** AGT I15 CALLED CHECK OFFENDERS PRB ORDERS AMS ADVISED PER OTS SUBSTANCE ABUSE PROGRAM. |
| **12/08/2011 14:58:02** Agent Call | **Notes:** AGT I15 CALLED TO VERIFY WHO OFFENDER IS ASSIGNED TO IN OTS. PER OTS, AMS ADVISED AGT I15. |
| **12/11/2011 17:42:22** Agent Contact | **Phone Number:** (708)243-0416<br>**Agent:** I15 JOSEPH JOHNSON<br>**From:** A - HOST SITE<br>**Code 1:** 002 - OFFENDER FTF CONTACT<br>**Notes:** OFFENDER REPORTED NO NEW POLICE OR DRUG CONTACT. IS EMPLOYED AT A BARBER SHOP, DA SHOP ON 111TH AND HALSTED, OFFENDER INSTRUCTED TO CHECK IN EVERY MONDAY. |
| **12/12/2011 13:26:37** Offender Check-In Call | **Actual Phone:** (773) 498-2966<br>**Verbal Phone:**<br><br>**Arrstd snce lst chk:** N<br>**Employed:** N<br>**Address Change:** N<br>**State Calling from:** IL<br>**Order of Protection:** N<br>**CI From Cell Phone:** N<br>**Notes:** |
| **12/19/2011 12:57:55** Offender Check-In Call | **Actual Phone:** (773) 498-2966<br>**Verbal Phone:**<br><br>**Arrstd snce lst chk:** N<br>**Employed:** N<br>**Address Change:** N<br>**State Calling from:** IL<br>**Order of Protection:** N<br>**CI From Cell Phone:** N<br>**Notes:** |
| **12/26/2011 11:25:15** Offender Check-In Call | **Actual Phone:** (773) 498-2966<br>**Verbal Phone:**<br><br>**Arrstd snce lst chk:** N<br>**Employed:** N<br>**Address Change:** N<br>**State Calling from:** IL<br>**Order of Protection:** N<br>**CI From Cell Phone:** N<br>**Notes:** |
| **01/02/2012 07:40:04** Offender Check-In Call | **Actual Phone:** (773) 498-2966<br>**Verbal Phone:**<br><br>**Arrstd snce lst chk:** N |

ILLINOIS DEPARTMENT OF CORRECTIONS
## Parole Violation Report

Current and prior housing, substance abuse and/or mental health issues (include incarceration information if available) :

Does parolee have:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| State ID | ☒ Yes | ☐ No | ☐ Unknown | Driver's License | ☐ Yes | ☐ No | | ☐ Unknown |
| Birth Certificate | ☒ Yes | ☐ No | ☐ Unknown | Social Security Card | ☒ Yes | ☐ No | | ☐ Unknown |

If parolee does not have a valid State ID or Driver's License, list the referral dates for identification assistance:

Offender attending or enrolled in sex offender treatment with (provider):    at (address):    for (length of time and progress - attach progress notes):

Is this current arrest or alleged violation a sex related offense? ☒ No ☐ Yes    Relationship to victim:

List the offender's overall successes that will assist in providing support upon re-entry to the community:

☐ Supportive Immediate Family System
☐ Supportive Friends/Extended Relatives System
☐ Supportive Community Resources (List) :
☐ Employable Skills (List) :
☒ Unknown

**Agent's Narrative for Community Adjustment and Complete Case Management Background** (mandatory for all cases, including new arrests and cases of mandatory warrant issuance): OFFENDER WAS COMPLIANT WITH IDOC RULES; MAKING REGULAR CHECKIN, CONTINUING FACE TO FACE CONTACT WITH AGT. NEGATIVE DRUG TEST ON 5/18/12 AND MAINTAIN CURRENTLY EMPLOYMENT. OFFENDER WAS RECOMMENDED EARLY RELEASE DUE AND LEVEL REDUCTION TO CONSISTENT COMPLIANCE. DUE TO THE RECENT EVENTS OF THE BANK OF AMERICAN BANK ROBBERY IN WHICH CHARLES ESTELL WAS INVOLVED IN HE NO LONGER QUALIFIES FOR RRD.   OFFENDER CHARLES ESTELL IS CURRENTLY IN FEDERAL CUSTODY.

**Agent's Institutional and Release Recommendation**:

Is diversion recommended for this parolee ? ☒ No ☐ Yes    Support your recommendation using the three (3) diversion criteria : 1.RECENT

BANK ROBBERY, 2, NO SUITABLE HOUSING, 3. DIVERSION IS NOT RECOMMEND DUE TO THE OFFENDER ESTELL IN FEDERAL

CUSTODY.

Recommended changes to current PRB orders and justification: OFFENDER DOES NOT QUALIFY DUE TO OFFENDER IN FEDERAL

CUSTODY.

Recommended time to be served and justification: OFFENDER DOES NOT QUALIFY

Other recommendations and justification: TO BE DETERMINE BY THE PAROLE BOARD

Attachments: ☐ Sanction Form    ☐ Police Report    ☐ Other (specify):

I hereby declare under the penalty of perjury that the foregoing description of alleged violations made by me in this violation report is true and correct to the best of my knowledge and belief.

| D. BILLS | A87 | _DBK_ | 6/5/12 |
|---|---|---|---|
| Print Parole Agent's Name | No. | Parole Agent's Signature | Date |

**Supervisor Comments** (if any - supervisor must specifically review the diversion review recommendation and concur/non-concur):

| | | | |
|---|---|---|---|
| Print Parole Supervisor's Name | No. | Supervisor's Signature | Date |

**Section B: Notice of Charges must be completed at the same time this section is completed**

ILLINOIS DEPARTMENT OF CORRECTIONS
# Parole Violation Report

Charles Estell
**Offender's Name**

M16368
**ID#**

## Section B: Notice of Charges of Alleged Parole or Mandatory Supervised Release Violations

You are hereby notified that, as detailed on this form, you are charged with having committed the following violations of your conditions of Parole or Mandatory Supervised Release Agreement:

- ☒ 1. Violation of any criminal statute.
- ☒ 2. Possession of a firearm or other dangerous weapon.
- ☐ 3. Failure to report to your agent.
- ☐ 4. Failure to permit the agent to visit at home, employment, or elsewhere as determined necessary.
- ☐ 5. Failure to attend or reside in a facility established for the instruction or residence of persons on parole or mandatory supervised release.
- ☐ 6. Failure to secure permission before visiting or writing a committed person in a Department facility.
- ☐ 7. Failure to report all arrests to an agent as soon as permitted by the arresting authority but in no event later than 24 hours after release from custody.
- ☐ 8. Failure to obtain permission of your agent before leaving the State of Illinois.
- ☐ 9. Failure to obtain permission of your agent before changing your residence or employment.
- ☐ 10. Failure to consent to search of your person, property, or residence under your control.
- ☐ 11. Use or possession of narcotics or other controlled substances in any form, or both, or any paraphernalia related to those substances, or failure to submit to a urinalysis test as instructed.
- ☐ 12. Frequenting places where controlled substances are illegally sold, used, distributed, or administered.
- ☐ 13. Knowingly associating with other persons on parole or mandatory supervised release without prior written permission of your agent or knowingly associating with persons who are members of an organized street gang.
- ☐ 14. Failure to provide true and accurate information, relating to your adjustment in the community while on parole or mandatory supervised release or to your conduct while incarcerated, in response to inquiries by your agent.
- ☐ 15. Failure to follow any specific instructions provided by your agent, specifically: _____
- ☐ 16. Failure to comply with the following additional conditions of release: _____

You are entitled to a Preliminary Parole/Mandatory Supervised Release Violation Hearing before a neutral Hearing Officer to determine whether or not probable cause exists that you did commit one or more of the violations checked above. You may appear and speak on your own behalf at this hearing and you may retain an attorney to represent you at the hearing. You may present evidence to rebut the charges and you may make a written request in advance of the hearing to present witnesses who can provide relevant information or to question adverse witnesses. If probable cause on any new criminal charge is determined by the court prior to the hearing date, you are not entitled to a preliminary hearing.

Your preliminary hearing is now scheduled to be held on: _____, 20_____ at _____ ☐ a.m. ☐ p.m.

at: _____

**Note:** If probable cause is found at the preliminary parole revocation hearing, you may request the hearing officer recommend to the Prisoner Review Board that the parole violation warrant be withdrawn pending a final parole revocation hearing.

As an alternative to the scheduled hearing, you may exercise one of the following options by initialing the appropriate box:

☐
Initials

**A.**  **Postpone:** I request that my preliminary hearing be postponed for up to 30 days from today's date to permit me to obtain an attorney, witnesses, or documents. I understand that it is my responsibility to present these individuals or materials at my hearing on:

_____, 20_____ at _____ ☐ a.m. ☐ p.m.

☒ *(CE)*
Initials

**B.**  **Waive (Illinois Offenders Only):** I elect to waive my preliminary hearing with the understanding that I will be afforded a full revocation hearing before the Prisoner Review Board or Parole Board. This waiver does not indicate any admission of guilt to the above violations.

☐
Initials

**C.**  **Waive (Adult Interstate Compact Only):** I admit guilt and waive my preliminary hearing.

I have received a copy of this Notice of Charges:

*Charles Estell*  M16368
**Offender's Signature**

on 8 , 16 , 12
**Date**

A copy of this notice was delivered to the alleged violator by:

JAMES GARVLUND
**Print Name**

Senior Parole Agent
**Title**

**Signature**

on 8 , 16 , 12
**Date**

Distribution: Offender; Releasing Authority; Offender's Case File;
Parent Field Services Representative; AMS;
Hearing Officer; if FOS, Interstate Compact

Page 3

*Printed on Recycled Paper*

DOC 0071 (Rev 04/2007)

IDOC# _____

## NOTICE OF RIGHTS
## PRELIMINARY PAROLE REVOCATION HEARING

Pursuant to settlement of the class action law suit entitled *King v. Walker, et al.*, 06 C 204, in the United States District Court for the Northern District of Illinois:

- You have a right to a Preliminary Parole/Mandatory Supervised Release Revocation Hearing within 10 business days of imprisonment pursuant to the execution of a parole violation warrant to determine whether or not probable cause exists that you did commit one or more violations of your conditions of parole or mandatory supervised release.

- You have the right to waive the Preliminary Parole Revocation Hearing. A waiver of the preliminary parole revocation hearing does not indicate an admission of guilt to the alleged violations. If you waive the preliminary parole revocation hearing, you will receive a full revocation hearing before the Illinois Prisoner Review Board.

- You have the right to hire an attorney to represent you in connection with the Preliminary Parole Revocation Hearing.

- You have the right to appear at the hearing and speak on your behalf.

- You have the right to provide the hearing officer with documents and letters relevant to the alleged parole violation(s).

- You have the right to present witnesses at the hearing.

- You have the right to cross examine witnesses at the hearing.

- The burden of establishing probable cause is on the Illinois Department of Corrections which shall assign an investigator to conduct an investigation into the circumstances surrounding the arrest or violation.

- You have the right to receive a written decision of whether probable cause exists within 72 hours of the hearing.

- You DO NOT have the right to a preliminary hearing if probable cause on any new criminal charge is determined by the court prior to the hearing date.

- If probable cause is found at the Preliminary Parole Revocation Hearing, you may request that the hearing officer recommend to the Prisoner Review Board that the parole violation warrant be withdrawn pending a final parole revocation hearing. Withdrawal of the parole violation warrant would allow you to post bond if bond had been set by a criminal court judge in connection with the new criminal charges issued against you. You may request that the hearing officer recommend to the IPRB that the warrant be withdrawn pending a final revocation hearing by marking the appropriate box on the Parole Board order and return it to the PRB at the address provided on the order.

IDOC# _____

* Procedure for calling witnesses to testify at your preliminary parole revocation hearing:

   o If you would like to call witnesses to testify at your preliminary hearing, please provide the following information for each witness requested. Staff of the Prisoner Review Board will use the information provided to contact the witnesses and advise them of the date and time of the hearing. If your hearing is taking place at the Stateville Northern Reception and Classification Center, your witnesses may appear there or by video conferencing located at the West Side Adult Transition Center, located at 121 North Campbell, Chicago, Illinois 60612. The witnesses may also testify, with your agreement, by telephone. It is your responsibility to provide complete contact information to the Illinois Prisoner Review Board so the witnesses can be contacted in a timely manner. If you do not provide the proper witness contact information to the Illinois Prisoner Review Board prior to 72 hours before the hearing is scheduled, and you still want the witnesses to testify, you will have to request a continuance so the witnesses can be contacted by Illinois Prisoner Review Board.

---

*(Section to be filled out by parolee being held on a violation)*

I do not wish to call any witnesses _C. E._ (place initials)

I would like to call the following witnesses:

| Name: _____ | Name: _____ |
| Address: _____ | Address: _____ |
| Phone No. _____ | Phone No.: _____ |
| Relationship: _____ | Relationship: _____ |
| Witness to testify:  Yes or No | Witness to testify:  Yes or No |

Name: _____
Address: _____
Phone No. _____
Relationship: _____
Witness to testify:  Yes or No

Acknowledgement of Receipt: I __Charles Estell__ , IDOC # __16368__ hereby acknowledge
                                        *Print Name*
that I have received a copy of this "Notice of Rights Preliminary Parole Revocation Hearing," and that I have indicated my choice on whether or not I will call witnesses at my hearing.

Signed __Charles Estell__          Date: __8/16/12__
            *Parolee*

---

*(Section to be filled out by inmate on his initial release from IDOC to parole or MSR)*

Acknowledgement of Receipt: I _____ , IDOC # _____ hereby acknowledge
                                        *Print Name*
that I have received a copy of this "Notice of Rights Preliminary Parole Revocation Hearing" upon my release from the Department of Corrections to parole or Mandatory Supervised Release.

Signed· _____          Date: _____
            *Inmate*



| | Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|---|
| | Tinka Randle | 134555729 | May 07 - Jun 06 | Jun 10, 2012 |

# A1 of 19

## Call details

**(312) 852-4336**

### Voice Call Details

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 1 | 05/07 | 09:38 AM | 312-577-4277 | Incoming | AU | 1:00 | |
| 2 | 05/07 | 10:10 AM | 312-577-4277 | Incoming | AU | 1:00 | |
| 3 | 05/07 | 12:08 PM | 312-577-4277 | CHICAGO,IL | AU | 2:00 | |
| 4 | 05/07 | 01:37 PM | 773-858-7762 | CHICAGO,IL | WC/AU | 1:00 | |
| 5 | 05/07 | 01:37 PM | 773-858-7762 | CHICAGO,IL | WC/AU | 1:00 | |
| 6 | 05/07 | 01:37 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 7 | 05/07 | 01:43 PM | 773-858-7762 | CHICAGO,IL | WC/AU | 1:00 | |
| 8 | 05/07 | 01:44 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 9 | 05/07 | 01:47 PM | 312-577-4277 | Incoming | AU | 2:00 | |
| 10 | 05/07 | 02:20 PM | 312-401-0645 | CHICAGO,IL | WC/AU | 1:00 | |
| 11 | 05/07 | 04:09 PM | Unavailable | Incoming | WC/AU | 1:00 | |
| 12 | 05/07 | 04:39 PM | 312-577-4277 | Incoming | AU | 1:00 | |
| 13 | 05/07 | 07:04 PM | 773-494-4986 | Incoming | NW/WC/AU | 1:00 | |
| 14 | 05/07 | 07:57 PM | 314-766-5159 | Incoming | NW/WC/AU | 2:00 | |
| 15 | 05/08 | 11:38 AM | 312-577-4277 | CHICAGO,IL | AU | 2:00 | |
| 16 | 05/08 | 12:48 PM | 312-577-4277 | CHICAGO,IL | AU | 3:00 | |
| 17 | 05/08 | 01:00 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 18 | 05/08 | 01:42 PM | 312-577-4277 | CHICAGO,IL | AU | 2:00 | |
| 19 | 05/08 | 03:29 PM | 561-463-5521 | BELLEGLADE,FL | AU | 1:00 | |
| 20 | 05/08 | 03:33 PM | 312-577-4277 | Incoming | AU | 3:00 | |
| 21 | 05/08 | 04:56 PM | 911 | Emergency | FC | 1:00 | |
| 22 | 05/08 | 05:01 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 23 | 05/08 | 05:02 PM | 314-766-5159 | ST LOUIS,MO | WC/AU | 1:00 | |
| 24 | 05/08 | 05:03 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 25 | 05/08 | 05:04 PM | 314-766-5159 | Incoming | WC/AU | 4:00 | |
| 26 | 05/08 | 05:22 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 27 | 05/08 | 05:31 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 28 | 05/08 | 05:46 PM | 773-858-7762 | CHICAGO,IL | AU | 5:00 | |
| 29 | 05/08 | 05:55 PM | 314-766-5159 | ST LOUIS,MO | WC/AU | 5:00 | |
| 30 | 05/08 | 06:40 PM | 312-577-4277 | Incoming | AU | 1:00 | |
| 31 | 05/08 | 07:57 PM | 312-577-4277 | CHICAGO,IL | NW/AU | 1:00 | |
| 32 | 05/08 | 07:57 PM | 773-858-7762 | CHICAGO,IL | NW/WC/AU | 2:00 | |
| 33 | 05/09 | 12:34 PM | 312-577-4277 | Incoming | AU | 1:00 | |
| 34 | 05/09 | 01:03 PM | 312-577-4277 | CHICAGO,IL | AU | 3:00 | |
| 35 | 05/09 | 01:44 PM | 312-577-4277 | Incoming | AU | 1:00 | |
| 36 | 05/09 | 02:41 PM | 312-577-4277 | Incoming | AU | 3:00 | |
| 37 | 05/09 | 06:13 PM | 314-766-5159 | ST LOUIS,MO | WC/AU | 2:00 | |
| 38 | 05/09 | 06:19 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 39 | 05/09 | 10:27 PM | 773-419-0126 | CHICAGO,IL | NW/WC/AU | 5:00 | |
| 40 | 05/09 | 11:15 PM | 773-419-0126 | CHICAGO,IL | NW/WC/AU | 4:00 | |
| 41 | 05/09 | 11:18 PM | 773-419-0126 | Incoming | NW/WC/AU | 10:00 | |
| 42 | 05/09 | 11:52 PM | 773-419-0126 | Incoming | NW/WC/AU | 72:00 | |
| 43 | 05/10 | 01:03 AM | 773-419-0126 | Incoming | NW/WC/AU | 8:00 | |
| 44 | 05/10 | 11:05 AM | 773-370-0225 | CHICAGO,IL | WC/AU | 1:00 | |
| 45 | 05/10 | 01:28 PM | 312-577-4277 | Incoming | AU | 1:00 | |

J - Anytime/Plan Usage    WC-Any Mobile,Anytime    NW - Night and Weekends    FC - Free Call
Free calls may be rated different ways depending on time of the calls and other particular services.



Defense
EXHIBIT
sentencing
#18
CARDELS 800-78



| | Customer | Account Number | Bill Period | Bill Date | |
|---|---|---|---|---|---|
| | Tinka Randle | 134555729 | May 07 - Jun 06 | Jun 10, 2012 | **A9 of 19** |

# Call details

## (312) 852-4336 (Continued)
### Voice Call Details

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 359 | 05/25 | 08:52 PM | 708-870-3364 | LA GRANGE,IL | NW/WC/AU | 19:00 | |
| 360 | 05/25 | 09:11 PM | 708-870-3364 | LA GRANGE,IL | NW/WC/AU | 1:00 | |
| 361 | 05/26 | 02:37 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 3:00 | |
| 362 | 05/26 | 03:12 PM | 314-766-5159 | Incoming | NW/WC/AU | 1:00 | |
| 363 | 05/26 | 03:41 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 1:00 | |
| 364 | 05/26 | 04:01 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 2:00 | |
| 365 | 05/26 | 04:13 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 1:00 | |
| 366 | 05/26 | 04:16 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 2:00 | |
| 367 | 05/26 | 04:29 PM | 773-947-7500 | Incoming | NW/AU | 4:00 | |
| 368 | 05/26 | 07:47 PM | 708-870-3364 | LA GRANGE,IL | NW/WC/AU | 2:00 | |
| 369 | 05/26 | 07:56 PM | 708-870-3364 | LA GRANGE,IL | NW/WC/AU | 1:00 | |
| 370 | 05/26 | 08:00 PM | 708-870-3364 | Incoming | NW/AU | 1:00 | |
| 371 | 05/26 | 08:02 PM | 708-870-3364 | LA GRANGE,IL | NW/WC/AU | 3:00 | |
| 372 | 05/26 | 08:12 PM | 312-770-0747 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 373 | 05/26 | 08:30 PM | 312-770-0747 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 374 | 05/26 | 10:00 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 1:00 | |
| 375 | 05/26 | 10:03 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 1:00 | |
| 376 | 05/26 | 10:03 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 1:00 | |
| 377 | 05/26 | 10:29 PM | 312-770-0747 | CHICAGO,IL | NW/WC/AU | 3:00 | |
| 378 | 05/27 | 12:50 AM | 773-494-4986 | Incoming | NW/WC/AU | 2:00 | |
| 379 | 05/27 | 01:24 AM | 773-990-0773 | CHICAGO,IL | NW/WC/AU | 9:00 | |
| 380 | 05/27 | 12:40 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 2:00 | |
| 381 | 05/27 | 12:41 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 382 | 05/27 | 12:42 PM | 773-990-0773 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 383 | 05/27 | 01:02 PM | 773-808-8940 | CHICAGO,IL | NW/WC/AU | 3:00 | |
| 384 | 05/27 | 01:12 PM | 773-808-8940 | Incoming | NW/WC/AU | 2:00 | |
| 385 | 05/27 | 01:26 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 2:00 | |
| 386 | 05/27 | 02:03 PM | 773-571-7473 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 387 | 05/27 | 03:27 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 388 | 05/27 | 03:48 PM | 773-584-1119 | Incoming | NW/WC/AU | 2:00 | |
| 389 | 05/27 | 03:50 PM | 773-584-1119 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 390 | 05/27 | 03:50 PM | 773-584-1119 | Incoming | NW/WC/AU | 1:00 | |
| 391 | 05/27 | 04:40 PM | 773-584-1119 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 392 | 05/27 | 04:48 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 393 | 05/27 | 05:18 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 394 | 05/27 | 05:20 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 395 | 05/27 | 09:30 PM | 773-571-7473 | Incoming | NW/WC/AU | 3:00 | |
| 396 | 05/27 | 09:39 PM | 773-571-7473 | Incoming | NW/WC/AU | 1:00 | |
| 397 | 05/27 | 09:39 PM | 773-571-7473 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 398 | 05/27 | 10:07 PM | 773-584-1119 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 399 | 05/27 | 10:23 PM | 773-571-7473 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 400 | 05/27 | 10:38 PM | 773-584-1119 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 401 | 05/27 | 10:46 PM | 773-584-1119 | CHICAGO,IL | NW/WC/AU | 2:00 | |
| 402 | 05/28 | 11:50 AM | 773-494-4986 | CHICAGO,IL | WC/AU | 1:00 | |
| 403 | 05/28 | 03:25 PM | 773-858-7762 | CHICAGO,IL | WC/AU | 1:00 | |

NW - Night and Weekends     WC-Any Mobile,Anytime     AU - Anytime/Plan Usage



| Customer | Account Number | Bill Period | Bill Date | **A10 of 19** |
|---|---|---|---|---|
| Tinka Randle | 134555729 | May 07 - Jun 06 | Jun 10, 2012 | |

# Call details

## (312) 852-4336 (Continued)

### Voice Call Details

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 404 | 05/28 | 07:00 PM | 773-494-4986 | Incoming | NW/WC/AU | 1:00 | |
| 405 | 05/28 | 07:58 PM | 708-870-3364 | LA GRANGE,IL | NW/WC/AU | 19:00 | |
| 406 | 05/28 | 08:18 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 407 | 05/29 | 12:53 PM | 312-577-4277 | Incoming | AU | 2:00 | |
| 408 | 05/29 | 02:00 PM | 312-577-4277 | Incoming | AU | 1:00 | |
| 409 | 05/29 | 02:08 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 410 | 05/29 | 02:43 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 411 | 05/29 | 03:10 PM | 773-990-0773 | CHICAGO,IL | WC/AU | 1:00 | |
| 412 | 05/29 | 03:24 PM | 773-808-8940 | Incoming | WC/AU | 1:00 | |
| 413 | 05/29 | 04:41 PM | 773-990-0773 | CHICAGO,IL | WC/AU | 1:00 | |
| 414 | 05/29 | 04:45 PM | 773-768-7427 | CHICAGO,IL | WC/AU | 2:00 | |
| 415 | 05/29 | 06:51 PM | 312-577-4277 | Incoming | AU | 1:00 | |
| 416 | 05/29 | 10:59 PM | 773-990-0773 | CHICAGO,IL | NW/WC/AU | 2:00 | |
| 417 | 05/30 | 08:44 AM | 708-476-0114 | LA GRANGE,IL | WC/AU | 1:00 | |
| 418 | 05/30 | 02:11 PM | 773-516-7251 | CHICAGO,IL | WC/AU | 1:00 | |
| 419 | 05/30 | 02:12 PM | 773-516-7251 | Incoming | WC/AU | 3:00 | |
| 420 | 05/30 | 02:14 PM | 773-990-0773 | CHICAGO,IL | WC/AU | 1:00 | |
| 421 | 05/30 | 02:19 PM | 773-990-0773 | Incoming | WC/AU | 6:00 | |
| 422 | 05/30 | 02:25 PM | 773-990-0773 | CHICAGO,IL | WC/AU | 10:00 | |
| 423 | 05/30 | 02:34 PM | 773-990-0773 | CHICAGO,IL | WC/AU | 2:00 | |
| 424 | 05/30 | 02:36 PM | 773-990-0773 | Incoming | WC/AU | 1:00 | |
| 425 | 05/30 | 03:07 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 426 | 05/30 | 05:56 PM | 773-918-1111 | CHICAGO,IL | AU | 1:00 | |
| 427 | 05/30 | 06:12 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 428 | 05/30 | 06:15 PM | 773-584-1119 | CHICAGO,IL | WC/AU | 1:00 | |
| 429 | 05/31 | 02:47 PM | 773-584-1119 | CHICAGO,IL | WC/AU | 3:00 | |
| 430 | 05/31 | 06:28 PM | 773-584-1119 | CHICAGO,IL | WC/AU | 1:00 | |
| 431 | 05/31 | 06:29 PM | 773-584-1119 | CHICAGO,IL | WC/AU | 1:00 | |
| 432 | 05/31 | 06:33 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 433 | 05/31 | 06:36 PM | 312-577-4277 | Incoming | AU | 2:00 | |
| 434 | 05/31 | 06:50 PM | 773-571-7473 | CHICAGO,IL | WC/AU | 1:00 | |
| 435 | 05/31 | 06:50 PM | 773-571-7473 | CHICAGO,IL | WC/AU | 1:00 | |
| 436 | 05/31 | 07:21 PM | 312-577-4277 | CHICAGO,IL | NW/AU | 1:00 | |
| 437 | 05/31 | 07:22 PM | 312-577-4277 | CHICAGO,IL | NW/AU | 1:00 | |
| 438 | 05/31 | 08:08 PM | 773-494-4986 | Incoming | NW/WC/AU | 1:00 | |
| 439 | 05/31 | 08:09 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 440 | 06/02 | 02:29 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 441 | 06/02 | 02:30 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 2:00 | |
| 442 | 06/02 | 02:33 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 443 | 06/02 | 02:33 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 444 | 06/02 | 02:35 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 8:00 | |
| 445 | 06/02 | 03:02 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |

*BINGO! THERE WERE NO MORE CALLS AFTER THIS DAY.* (handwritten)

NW - Night and Weekends    WC-Any Mobile,Anytime    AU - Anytime/Plan Usage

## Case Information

**UCFN:** 91A-CG-134515

**Lab Number:** 120614252 UA

**Report Date:** 08-26-2013

**Examiner Name:** Michael Fisher

**Tool Name:** CEAU Android

## Phone Information

**Manufacturer:** ZTE

**Model:** N860

**Gesture:**





Defense
**EXHIBIT**
Sentencing
#19

Google Maps Suggestions Help

## Google Maps Suggestions

Total of 4 records

No unlinked records

Notes

| Data | Unlinked | Row ID |
|------|----------|--------|
| 4046 w. 111th st. in oak lawn, il 60453 | Logical | 1 |
| fogo de chão, north la salle boulevard, chicago, il | Logical | 2 |
| grand lux cafe, north michigan avenue, chicago, il | Logical | 3 |
| grand luxury | Logical | 4 |

9/4/2013 5:00 PM

| | | Timestamp | Status |
|---|---|---|---|
| http://www.google.com/search?q=bank+of+america+on+111th+and+pulaski&x=5&y=25 | http://www.google.com/search?q=bank+of+america+on+111th+and+pulaski&x=5&y=25 | 2012-05-28T16:55:26Z | Unlinked 260 |
| http://www.google.com/search?hl=en&q=bank+of+ameri ca+on+111th+and+pulaski&oq=bank+of+america+on+111t h+and+pulaski&aq=f&aqi=&aql=&gs_l=mobile-gws-serp. 12...0.0.0.3286.0.0.0.0.0.0.0.0..0.0.ZxgMV1M jJP4&mvs=0 | http://www.google.com/search?hl=en&q=bank+of+america+on+111t ca+on+111th+and+pulaski&oq=bank+of+america+on+111t h+and+pulaski&aq=f&aqi=&aql=&gs_l=mobile-gws-serp. 12...0.0.0.3286.0.0.0.0.0.0.0.0..0.0.ZxgMV1M jJP4&mvs=0 | 2012-05-28T16:55:36Z | Unlinked 261 |
| http://www.google.com/search?hl=en&q=lefebure+bank +vault&oq=lefebure+bank+vault&aq=f&aqi=&aql=&gs_l= mobile-gws-serp.3...12801.37134.0.39109.108.35.0.0. 0.3.2733.14840.7-1j2j4.12.0...0.0._ErdhuWS_pl&mvs=0 | http://www.google.com/search?hl=en&q=lefebure+bank +vault&oq=lefebure+bank+vault&aq=f&aqi=&aql=&gs_l= mobile-gws-serp.3...12801.37134.0.39109.108.35.0.0. 0.3.2733.14840.7-1j2j4.12.0...0.0._ErdhuWS_pl&mvs=0 | 2012-05-28T16:56:29Z | Unlinked 262 |
| http://www.google.com/url?sa=t&source=web&cd=7&ved =0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.c om%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYIt&usg=AFQjCN Gap6A5m0RhBlwp0TKNmkKni-B4Ew | http://www.google.com/url?sa=t&source=web&cd=7&ved =0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.c om%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYIt&usg=AFQjCN Gap6A5m0RhBlwp0TKNmkKni-B4Ew | 2012-05-28T16:56:58Z | Unlinked 263 |
| http://photo-ads-classified.com/item/309 | http://photo-ads-classified.com/item/309 | 2012-05-28T16:56:58Z | Unlinked 264 |
| lefebure bank vault - Google Search | http://www.google.com/search?hl=en&q=lefebure+bank +vault&oq=lefebure+bank+vault&aq=f&aqi=&aql=&gs_l= mobile-gws-serp.3...12801.37134.0.39109.108.35.0.0. 0.3.2733.14840.7-1j2j4.12.0...0.0._ErdhuWS_pl&mvs=0 | 2012-05-28T16:56:29Z | Unlinked 265 |
| America The Beautiful ~ Photos From Across America - LeFebure Corporation Bank Vault Time | http://photo-ads-classified.com/item/309 | 2012-05-28T16:56:58Z | Unlinked 266 |
| America The Beautiful ~ Photos From Across America - LeFebure Corporation Bank Vault Time | http://photo-ads-classified.com/item/309 | 2012-05-28T16:57:43Z | Unlinked 267 |
| http://www.google.com/url?sa=t&source=web&cd=7&ved =0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.c om%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYIt&usg =AFQjCN Gap6A5m0RhBlwp0TKNmkKni-B4Ew | http://www.google.com/url?sa=t&source=web&cd=7&ved =0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.c om%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYIt&usg =AFQjCN Gap6A5m0RhBlwp0TKNmkKni-B4Ew | 2012-05-28T16:57:43Z | Unlinked 268 |
| http://www.google.com/search?q=lefebure+bank+vault &hl=en&prmd=imvns&tbm=isch&tbo=u&source=univ&sa =X&ei=La7DT7LCNOPq2QXNmYIt&ved=0CGcQsAQ&biw=3 | http://www.google.com/search?q=lefebure+bank+vault &hl=en&prmd=imvns&tbm=isch&tbo=u&source=univ&sa =X&ei=La7DT7LCNOPq2QXNmYIt&ved=0CGcQsAQ&biw=3 | 2012-05-28T16:58:01Z | Unlinked 269 |

bank of america hours of operation - Google Search

http://www.google.com/search?q=bank+of+america+on+111th+and+pulaski&x=5&y=25

http://www.google.com/search?hl=en&q=bank+of+ameri ca+on+111th+and+pulaski&oq=bank+of+america+on+111t h+and+pulaski&aq=f&aqi=&aql=&gs_l=mobile-gws-serp. 12...0.0.0.3286.0.0.0.0.0.0.0.0...0.0.ZxgMV1M jiP4&mvs=0

http://www.google.com/search?hl=en&q=lefebure+bank +vault&oq=lefebure+bank+vault&aq=f&aqi=&aql=&gs_l= mobile-gws-serp.3...12801.37134.0.39109.108.35.0.0 .0.3.2733.14840.7-1j2j4.12.0...0.0._ErdhuWS_pl&mvs =0

http://www.google.com/url?sa=t&source=web&cd=7&ved =0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.c om%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYlt&usg=AFQjCN Gap6A5m0RhBlwp0TKNmkKni-B4Ew

http://photo-ads-classified.com/item/309

lefebure bank vault - Google Search

America The Beautiful – Photos From Across America - LeFebure Corporation Bank Vault Time

America The Beautiful – Photos From Across America - LeFebure Corporation Bank Vault Time

http://www.google.com/url?sa=t&source=web&cd=7&ved =0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.c om%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYlt&usg=AFQjCN Gap6A5m0RhBlwp0TKNmkKni-B4Ew

http://www.google.com/search?q=lefebure+bank+vault &hl=en&prmd=imvns&tbm=isch&tbo=u&source=univ&sa=X& ei=La7DT7LCNOPq2QXNmYlt&ved=0CGcQsAQ&biw=320&bih=5 08

http://www.google.com/search?hl=en&q=bank+of+ameri ca+hours+of+operation&oq=bank+of+america+hours+of+ operation&aq=f&aqi=&aql=&gs_l=mobile-gws-serp.3... 116410.134084.0.135199.119.44.0.0.3.2941.5417.6- 1j0j1j1.3.0...0.0.zwOXA6o-ms&mvs=0

http://www.google.com/search?q=bank+of+america+on+ 111th+and+pulaski&x=5&y=25

http://www.google.com/search?hl=en&q=bank+of+ameri ca+on+111th+and+pulaski&oq=bank+of+america+on+111t h+and+pulaski&aq=f&aqi=&aql=&gs_l=mobile-gws-serp. 12...0.0.0.3286.0.0.0.0.0.0.0.0.0...0.0.ZxgMV1M jiP4&mvs=0

http://www.google.com/search?hl=en&q=lefebure+bank +vault&oq=lefebure+bank+vault&aq=f&aqi=&aql=&gs_l= mobile-gws-serp.3...12801.37134.0.39109.108.35.0.0 .0.3.2733.14840.7-1j2j4.12.0...0.0._ErdhuWS_pl&mvs =0

http://www.google.com/url?sa=t&source=web&cd=7&ved =0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.c om%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYlt&usg=AFQjCN Gap6A5m0RhBlwp0TKNmkKni-B4Ew

http://photo-ads-classified.com/item/309

http://www.google.com/search?hl=en&q=lefebure+bank +vault&oq=lefebure+bank+vault&aq=f&aqi=&aql=&gs_l= mobile-gws-serp.3...12801.37134.0.39109.108.35.0.0 .0.3.2733.14840.7-1j2j4.12.0...0.0._ErdhuWS_pl&mvs =0

http://photo-ads-classified.com/item/309

http://photo-ads-classified.com/item/309

http://www.google.com/url?sa=t&source=web&cd=7&ved =0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.c om%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYlt&usg=AFQjCN Gap6A5m0RhBlwp0TKNmkKni-B4Ew

http://www.google.com/search?q=lefebure+bank+vault &hl=en&prmd=imvns&tbm=isch&tbo=u&source=univ&sa=X& ei=La7DT7LCNOPq2QXNmYlt&ved=0CGcQsAQ&biw=320&bih=5 08

1  2012-05-26T01:19:59Z   Unlinked 259

1  2012-05-28T16:55:26Z   Unlinked 260

1  2012-05-28T16:55:36Z   Unlinked 261

1  2012-05-28T16:56:29Z   Unlinked 262

1  2012-05-28T16:56:58Z   Unlinked 263

1  2012-05-28T16:56:58Z   Unlinked 264

1  2012-05-28T16:56:29Z   Unlinked 265

1  2012-05-28T16:56:58Z   Unlinked 266

2  2012-05-28T16:57:43Z   Unlinked 267

2  2012-05-28T16:57:43Z   Unlinked 268

1  2012-05-28T16:58:01Z   Unlinked 269

1 2012-05-28T16:55:36Z  Unlinked 270

http://www.google.com/search?hl=en&q=bank+of+ameri
ca+on+111th+and+pulaski&oq=bank+of+america+on+111t
h+and+pulaski&aq=f&aqi=&aql=&gs_l=mobile-gws-serp.
12...0.0.0.3286.0.0.0.0.0.0.0.0.0...0.0.Z.xgMV1M.jjP4&mvs=0

bank of america on 111th and pulaski - Google Search

Boost Mobile

| Description | URL | | Timestamp | Type | # |
|---|---|---|---|---|---|
| http://www.mystore411.com/store/view/602262/Bank-o f-America-BofA-Oak-Lawn | http://www.mystore411.com/store/view/602262/Bank-o f-America-BofA-Oak-Lawn | 1 | 2012-05-26T01:18:21Z | Logical | 239 |
| http://www.google.com/aclk?sa=l&ai=CjH0GS_AT4D8M8 XBsQL466DoBeGK_aYC0fihmijTk8aXggAEAEgIbi6C1DF1JGg f_8BYMkGoAGDosL9A8gBAaoEHk_Qx_zGgaMOcJcCMuPAjZ bdK1DF2AP3fhJ-XkMEdoAFI-C8Cw&sig=AOD64_1dhJIL4PX-D lE4PVHWiw5rPk1-Bw&ved=0CAoQ0Qw&adurl=http://clicks erve.dartsearch.net/link/click%3Flid%3D43700003141 82129 7%26ds_s_kwgid%3D5870000018990762%26ds_e_adi d%3D10699126625%26ds_e_matchtype%3Dsearch%26ds_url_v%3D2 | http://www.google.com/aclk?sa=l&ai=CjH0GS_AT4D8M8 XBsQL466DoBeGK_aYC0fihmijTk8aXggAEAEgIbi6C1DF1JGg f_8BYMkGoAGDosL9A8gBAaoEHk_Qx_zGgaMOcJcCMuPAjZ bdK1DF2AP3fhJ-XkMEdoAFI-C8Cw&sig=AOD64_1dhJIL4PX-D lE4PVHWiw5rPk1-Bw&ved=0CAoQ0Qw&adurl=http://clicks erve.dartsearch.net/link/click%3Flid%3D4370000314 182129 7%26ds_s_kwgid%3D5870000018990762%26ds_e_adi d%3D10699126625%26ds_e_matchtype%3D search%26ds_url_v%3D2 | 1 | 2012-05-26T01:19:07Z | Logical | 240 |
| http://mybofa.mobi/q22012/mb_index_grey_search?cha nnel=search&campaign=Q22012_Brand&category=Bank%20 of%20America-BMM,MS%20Core%20Brand%20Mobile-BMM&pu blisher=Google-PS&creative=bank%20of%20america&utm source=Google-PS&utm_medium=ppc&utm_term=bank%20o f%20america&utm_content=Bank%20of%20America-BMM&ut m_campaign=MS%20Core%20Brand%20Mobile-BMM&cm_mmc=O LB-Mobile%20Banking-_-Google-PS-_-bank%20of%20amer ica-_-Bank%20of%20America-BMM | | 1 | 2012-05-26T01:19:07Z | Logical | 241 |
| bank of america hours of operation - Google Search | http://www.google.com/search?hl=en&q=bank+of+ameri ca+hours+of+operation&oq=bank+of+america+hours+of+ operation&aq=f&aqi=&aql=&gs_l=mobile-gws-serp.3.... 116410.134084.0.135199.119.44.0.0.0.3.2941.5417.6-1j0j1j1.3.0...0.0.zwOXA6o-ms&mvs=0 | 1 | 2012-05-26T01:19:59Z | Logical | 242 |
| http://www.google.com/url?sa=t&source=web&cd=1&ved =0CGwQFjAA&url=http%3A%2F%2Fwww.forlocations.com%2 Fbankofamerica&ei=s-C_AT5bBOo62wWxzbWOAQ&usg=AFQjC NHmZYcG1zjTUSMyoG4No823alkEhQ | http://www.google.com/url?sa=t&source=web&cd=1&ved =0CGwQFjAA&url=http%3A%2F%2Fwww.forlocations.com%2 Fbankofamerica&ei=s-C_AT5bBOo62wWxzbWOAQ&usg=AFQjC NHmZYcG1zjTUSMyoG4No823alkEhQ | 1 | 2012-05-26T01:20:17Z | Logical | 243 |
| http://www.forlocations.com/bankofamerica | http://www.forlocations.com/bankofamerica | 1 | 2012-05-26T01:20:17Z | Logical | 244 |
| http://www.google.com/search?q=bank+of+america+on+ 111th+and+pulaski&x=5&y=25 | http://www.google.com/search?q=bank+of+america+on+ 111th+and+pulaski&x=5&y=25 | 1 | 2012-05-28T16:55:26Z | Logical | 245 |
| bank of america on 111th and pulaski - Google Search | http://www.google.com/search?hl=en&q=bank+of+ameri ca+on+111th+and+pulaski&oq=bank+of+america+on+111t h+and+pulaski&aq=f&aqi=&aql=&gs_l=mobile-gws-serp. 12....0.0.0.3286.0.0.0.0.0.0.0.0...0.0.ZxqMV1M_jjP4&mvs=0 | 1 | 2012-05-28T16:55:36Z | Logical | 246 |
| lefebure bank vault - Google Search | http://www.google.com/search?hl=en&q=lefebure+bank +vault&oq=lefebure+bank+vault&aq=f&aqi=&aql=&gs_l=mobile-gws- | 1 | 2012-05-28T16:56:29Z | Logical | 24 |

| URL | Title | Count | Date | Type | ID |
|---|---|---|---|---|---|
| http://www.google.com/url?sa=t&source=web&cd=7&ved=0CGIOFjAG&url=http%3A%2F%2Fphoto-ads-classified.com%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYlt&usg=AFQjCNGap6A5m0RhBIwp0TKNmkKni-B4Ew | serp.3...12801.37\|34.0.39109.108.35.0.0.0.3.2733.14840.7-1j2j4.12.0...0.0._Erdhu1WS_pl&mvs=0 | | | | 7 |
| America The Beautiful ~ Photos From Across America - LeFebure Corporation Bank Vault Time | http://www.google.com/url?sa=t&source=web&cd=7&ved=0CGIOFjAG&url=http%3A%2F%2Fphoto-ads-classified.com%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYlt&usg=AFQjCNGap6A5m0RhBIwp0TKNmkKni-B4Ew | 2 | 2012-05-28T16:57:43Z | Logical | 248 |
| | http://photo-ads-classified.com/item/309 | 2 | 2012-05-28T16:57:43Z | Logical | 249 |
| http://www.google.com/search?q=lefebure+bank+vault&hl=en&prmd=imvns&tbm=isch&tbo=u&source=univ&sa=X&ei=La7DT7LCNOPq2QXNmYlt&ved=0CGcQsAQ&biw=320&bih=508 | http://www.google.com/search?q=lefebure+bank+vault&hl=en&prmd=imvns&tbm=isch&tbo=u&source=univ&sa=X&ei=La7DT7LCNOPq2QXNmYlt&ved=0CGcQsAQ&biw=320&bih=508 | 1 | 2012-05-28T16:58:01Z | Logical | 250 |
| http://www.google.com/url?sa=t&source=web&cd=1&ved=0CDEQFjAA&url=http%3A%2F%2Fmobile.southwest.com%2F%2F&ei=Gi9ST4evF4iygweVy7nXDQ&usg=AFQjCNFkYDFWgvcsFb63t2Xja2n3q4bCYg | http://www.google.com/url?sa=t&source=web&cd=1&ved=0CDEQFjAA&url=http%3A%2F%2Fmobile.southwest.com%2F%2F&ei=Gi9ST4evF4iygweVy7nXDQ&usg=AFQjCNFkYDFWgvcsFb63t2Xja2n3q4bCYg | 1 | 2012-03-03T21:37:52Z | Unlinked | 251 |
| Weedyard | weedyard | 0 | 2012-03-24T23:25:06Z | Unlinked | 252 |
| The Weed Yard - WeedYard.com - The Largest Medical Marijuana Strain Guide | http://www.weedyard.com/TheYard.html | 1 | 2012-03-24T23:25:45Z | Unlinked | 253 |
| http://www.weedyard.com/Strains/AngelHeart.html | http://www.weedyard.com/Strains/AngelHeart.html | 1 | 2012-03-24T23:30:01Z | Unlinked | 254 |
| http://www.joneslanglasalle.com/Pages/AboutUs.aspx | http://www.joneslanglasalle.com/Pages/AboutUs.aspx | 1 | 2012-05-21T18:04:58Z | Unlinked | 255 |
| http://mobile.southwest.com/f/ | http://mobile.southwest.com/f/ | 1 | 2012-03-03T21:37:52Z | Unlinked | 256 |
| http://www.google.com/m?hl=en&gl=us&source=android-unknown&q=southwest | http://www.google.com/m?hl=en&gl=us&source=android-unknown&q=southwest | 1 | 2012-03-03T21:37:45Z | Unlinked | 257 |
| Google | http://www.google.com/ | 1 | 2012-03-03T18:56:56Z | Unlinked | 258 |
| bank of america hours of operation - Google Search | http://www.google.com/search?hl=en&q=bank+of+america+hours+of+operation&oq=bank+of+america+hours+of+operation&aq=f&aqi=&aql=&gs_l=mobile-gws-serp.3....116410.134084.0.135199.119.44.0.0.0.3.2941.5417.6-1j0j1j1.3.0...0.0.zwOXA6o-ms&mvs=0 | 1 | 2012-05-26T01:19:59Z | Unlinked | 259 |

20&bih=5 08

bank of america on 111th and pulaski - Google Search

20&bih=5 08

http://www.google.com/search?hl=en&q=bank+of+ameri
ca+on+111th+and+pulaski&oq=bank+of+america+on+111t
h+and+pulaski&aq=f&aqi=&aql=&gs_l=mobile-gws-serp.
12...0.0.0.3286.0.0.0.0.0.0.0.0...0.0.ZxgMV1M