# CASE NO. _____

# ATTACHMENT NO. _____

# EXHIBIT _____

# TAB (Description) _____



ire possible with GOD's grace and mercy! I love you with all of my heart.
his too shall pass! This is just a little book to keep you focused on coming
home to the people who love you most!



ChinA?

Like I said Over dA Phone Bitch ass nigga wnted to get cautHT by not unlocking THOSE CAMERAS. But yo bitCH is next. Remember tho Niccas I want dAt cash.

J. Adams
12340 S Wallace
CHICAGO IL 60619

Charles Estell #08237-045
Metropolitan Correctional Center
71 West Van Buren St
CHICAGO IL 60605



DEFENDANT'S EXHIBIT 3









# CRIME SCENE INVESTIGATION
## Vehicle Mapping Form
### SUV 4 Door – Left Side (Drivers)

Date: 6/6/12
Location: ERT Bay Chicago, IL
Case Number: 91A-CG-134513
Recorder: McDavid / Jason Schaefner

Make/Model: Cadillac Escalade
Year/Color: 2007 Blue
Registration Plate: (Front) X891416 (Rear) X89496
VIN: 16YEKV38178215605

mileage: 60487

Not to Scale

Scale: 1 block = 1'

(Make/Model approximated for reference and not intended to represent actual vehicle).

Form Design: Hochrein, 2006

00247
12 CR 416

# CRIME SCENE INVESTIGATION
## Vehicle Mapping Form
### SUV 4 Door – Right Side (Passengers)

Date: 6/6/12
Location: 2607 Coulter, Evanston
Case Number: CPLA-06-13495
Recorder: Jason Schechner

Make/Model: Cadillac Escalade
Year/Color: 2007 Blue
Registration Plate: (Front) X69946 (Rear) X69946
VIN: 1GYFK63F17R156055

(Make/Model approximated for reference and not intended to represent actual vehicle)

Exit bay, Chicago, IL

Scale: 1 block = Not to Scale

Form Design: Hochrein, 2006

Labels on vehicle: LP10, LP11, LP12, LP13, LP14, LP15, LP16, LP17, LP18

00249
12 CR 416

