# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

January 16, 2015

By the court:

```
UNITED STATES OF AMERICA,           ] Appeal from the United
        Plaintiff-Appellee,         ] States District Court for
                                    ] the Northern District of
No. 14-1655            v.           ] Illinois, Eastern Division.
                                    ]
CHARLES B. ESTELL,                  ] No. 1:12-cr-00416-1
        Defendant-Appellant.        ]
                                    ] Gary S. Feinerman,
                                    ]     Judge.
```

This matter comes before the court for its consideration of Hannah Valdez Garst's **MOTION TO WITHDRAW AS APPOINTED COUNSEL AND SUSPEND BRIEFING UNTIL THE MOTION IS RESOLVED,** filed on December 8, 2014. Upon consideration thereof

      **IT IS ORDERED** that the Motion to Withdraw is **GRANTED.**

      **IT IS FURTHER ORDERED** that attorney Michelle L. Jacobs, BISKUPIC & JACOBS, S.C., 1045 W. Glen Oaks Lane, Mequon, WI 53092, is appointed to represent defendant-appellant Charles B. Estell pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the defendant-appellant immediately.

Briefing shall proceed as follows:

1.    Defendant-appellant shall file his brief and required short appendix on or before May 14, 2015.

2.    Plaintiff-appellee shall file its brief on or before June 15, 2015.

3.    Defendant-appellant shall file his reply brief, if any, on or before June 29, 2015.

**Important Scheduling Notice !**

      **Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).**